# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s):** D. H. ; John Doe | **Defendant(s):** Jami Snyder , Director of the Arizona Health Care Cost Containment System, in her official capacity |
| County of Residence: Pima | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Pima | |

**Plaintiff's Atty(s):**

Daniel C. Barr
Perkins Coie LLP
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona  85012
602-351-8085

Janet M. Howe
Perkins Coie LLP
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona  85012
602-351-8187

Brent P. Ray

**Defendant's Atty(s):**

King & Spalding LLP
353 N. Clark Street, 12th Floor
Chicago, Illinois  60654
312-995-6333


Andrew J. Chinsky
King & Spalding LLP
353 N. Clark Street, 12th Floor
Chicago, Illinois  60654
312-995-6333


Asaf Orr
National Center For Lesbian Rights
870 Market Street, Suite 370
San Francisco, California  94102
415-392-6257


Abigail K. Coursolle
National Health Law Program
3701 Wilshire Boulevard, Suite 750
Los Angeles, California  90010
310-204-6010


Catherine McKee
National Health Law Program
3701 Wilshire Boulevard, Suite 750
Los Angeles, California  90010
310-204-6010

---

II. Basis of Jurisdiction:    3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties
**(Diversity Cases Only)**
　　　　Plaintiff:-**N/A**
　　　　Defendant:-**N/A**

<u>IV. Origin</u> :        **1. Original Proceeding**

<u>V. Nature of Suit</u>:   **440 Other Civil Rights**

<u>VI.Cause of Action:</u>   **Arizona Administrative Code R9-22-205-B.4(a) violates the Medicaid Act's EPSDT requirements, 42 U.S.C. §§ 1396a(a)(10)(A), 1396a(a)(43)(A), (C), 1396d(a)(4)(B), and 1396d(r)(5); the Medicaid Act's comparability requirement, 42 U.S.C. § 1396a(a)(10)(B); Section 1557 of the Affordable Care Act, 42 U.S.C. § 18116; and the Equal Protection Clause of the Fourteenth Amendment to the U.S. Constitution.**

<u>VII. Requested in Complaint</u>

    Class Action: **Yes**
    Dollar Demand:
    Jury Demand: **No**

<u>VIII. This case</u> **is not related** to another case.

---

**Signature:  <u>Daniel C. Barr</u>**

    **Date:  <u>8/6/2020</u>**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**