UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| D.H., by and through his mother, Janice Hennessy-Waller; and John Doe, by and through his guardian and next friend, Susan Doe, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity,<br><br>　　　　　Defendant. | No.<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYM** |

Before the Court is Plaintiff John Doe's Motion to Proceed Under a Pseudonym requesting leave to proceed using pseudonyms for himself and his guardian and next friend, Susan Doe.

The Court grants Plaintiff and his guardian leave to proceed under pseudonyms.