UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| D.H., by and through his mother, Janice Hennessy-Waller; and John Doe, by and through his guardian and next friend, Susan Doe, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity,<br><br>Defendant. | No.<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

The Court, having considered Plaintiffs' Motion for Preliminary Injunction and the declarations attached thereto, and having found good cause in support thereof, IT IS ORDERED that Plaintiffs' Motion for Preliminary Injunction is GRANTED.

IT IS FURTHER ORDERED THAT:

(1) Defendants shall be immediately enjoined from further enforcement of Ariz. Admin. Code R9-22-205(B)(4)(A), on the grounds that it violates the Medicaid Act's EPSDT and Comparability Requirements, Section 1557 of the Affordable Care Act, and the Equal Protection Clause of the United States Constitution .

(2) Arizona Healthcare Cost Containment System shall provide coverage for Plaintiffs' male chest reconstruction surgeries, consistent with all other requirements of federal law.