Brent P. Ray (*pro hac vice* forthcoming)
Andrew J. Chinsky (*pro hac vice* forthcoming)
KING & SPALDING LLP
353 N. Clark Street, 12th Floor
Chicago, Illinois 60654
T: +1 312 995 6333
F: +1 312 995 6330
Email: bray@kslaw.com
       achinsky@kslaw.com

Daniel C. Barr (Bar No. 010149)
Janet M. Howe (Bar No. 034615)
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
T: +1 602 351 8085
F: +1 602 648 7085
Email: dbarr@perkinscoie.com
       jhowe@perkinscoie.com

*Counsel for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| D.H., by and through his mother, Janice Hennessy-Waller; and John Doe, by his guardian and next friend, Susan Doe, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity,<br><br>　　　　　　　Defendant. | No.<br><br>**DECLARATION OF SUSAN DOE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND JOHN DOE'S MOTION TO PROCEED UNDER A PSEUDONYM** |

37282209.v1

I, Susan Doe, hereby declare as follows:

1. I am a party to this action and the grandmother, caregiver and next friend of John Doe, co-plaintiff if the above-titled action.

2. I am an Arizona resident. I live in Maricopa County.

3. My grandson John is enrolled in Arizona's Medicaid program.

4. John has been diagnosed with gender dysphoria. He was identified as female at birth but is male, and for the past three-plus years, has lived as male in every aspect of his life.

5. I have been John's primary caregiver ever since he was two-years old, because John's biological parents have been unable to care for him and provide him with a stable home environment.

6. Growing up as a child, John had always been more comfortable around other boys, and dressed and acted more like how boys were "supposed" to act. At the time, I initially thought John was just a tomboy, or going through a phase. John was generally very confident and outgoing as a child, but I eventually started noticing signs that John would struggle at times.

7. John's struggles intensified significantly when he started puberty around twelve-years old. John became very stressed and unhappy. The confidence he had at an earlier age disappeared and he stopped being social. I checked in with him often and John would always assure me that he was okay. Knowing that puberty—and adolescence, in general—can be difficult, I decided to hold off on taking John to therapy.

8. It wasn't until the end of John's 6th grade year that he told me he is transgender and started letting me in on what had been causing him so much distress.

9. It was initially difficult for me to understand and accept what John was telling me. At the time, I still believed John was just going through a phase. But it soon became apparent to me that John's mental health was not getting better. He asked that I call him by a male name and use male pronouns when referring to him. Wanting him to know that I love and accept him, I worked hard to consistently honor his request. I know other members of the family tried as well, but I could see how much it bothered him when we made mistakes.

DECLARATION OF SUSAN DOE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND JOHN DOE'S MOTION TO PROCEED UNDER A PSEUDONYM
-1-

37282209.v1

10. As John progressed through puberty, he started hiding his body more, wearing baggy or bulky clothing, like hooded sweatshirts, even in the summer. He also used sports bras and other tight undergarments to flatten his chest. And, around his period, John's level of distress would increase dramatically.

11. John also struggled socially after coming out as transgender. I could tell he was uncomfortable in social situations. Like with his family, John's peers at school did not always refer to him by his male name or use male pronouns, which made John's 7th grade year very stressful. But John was uneasy around people who did not know he was transgender too.

12. Throughout John's 7th grade year, we had many conversations to help me better understand what John was going through and how I could support him. Those conversations were very helpful, but I also made sure to do my own research as well, including talking with John's pediatrician.

13. During John's annual checkup in 2018, his pediatrician recommended that I take John to the Gender Support Program at Phoenix Children's Hospital. Given all of the psychological distress John had exhibited throughout the prior year, she felt it was appropriate to seek specialized healthcare to address John's unique needs. After seeing John continue to struggle with anxiety and depression, I was eager to get him the help he needed.

14. In November 2018, John had his first appointment at the Gender Support Program. Dr. Chulani, his doctor at the Program, referred John to a mental health provider to talk about the distress he was experiencing. Dr. Chulani also prescribed medications that stopped John from getting his period every month, which helped alleviate John's anxiety and depression.

15. Then, in June 2019, after about six months of weekly sessions with a therapist, Dr. Chulani and John's mental health provider recommended that John start hormone-replacement therapy with testosterone. Even more so than the prior medication, testosterone had a big positive effect on John's mental health. As his voice dropped and his body changed in response to the testosterone, the burden he had been carrying looked like it was finally lifting. It was nice to finally see John feeling like himself again.

16. Even with all that progress, I could see John was still struggling with significant depression and anxiety, particularly regarding the appearance of his chest. In December 2019, John bought his first binder, a compressive fabric specifically designed to flatten the chest. But that was not enough to stem John's mounting psychological distress, which became overwhelming earlier this year. John asked to start seeing a therapist again. John's current therapist, Dr. Mischa Peck, confirmed his diagnosis of gender dysphoria, and also diagnosed John with post-traumatic stress disorder.

17. Through his therapy and consultation with Dr. Chulani, it became clear that hormone-replacement therapy did not completely treat John's gender dysphoria. Both Drs. Chulani and Peck recommended that John undergo male chest reconstruction surgery to further align his body with his gender identity. On July 2, 2020, Dr. Peck gave John a referral letter for that surgery.

18. Having watched John struggle all these years, I have no doubt that male chest reconstruction surgery will have a tremendous impact on John's self-esteem, outlook on life, and overall mental health. For that reason, it was difficult telling John that he couldn't get the treatment he so desperately needs because AHCCCS won't cover the surgery. While John understands I cannot afford the cost of the surgery, John was incredibly frustrated and defeated.

19. If John cannot get this surgery soon, I believe his health and mental well-being will be put into significant risk. Just six months ago, John's gender dysphoria caused his mental health to deteriorate to the point of needing therapy. I worry that his feeling defeated will turn into hopelessness because he will have no way of getting the only effective treatment for his condition. That is particularly concerning given John's history of self-harm and suicidal ideation.

20. I am equally concerned about John's mental health if he is not permitted to use a pseudonym to challenge AHCCCS's exclusion for surgical treatment for gender dysphoria. Disclosing his identity to the public will significantly aggravate his social anxiety, causing him to be constantly worried about whether people know that he is transgender. I also share John's concern for his safety given the negative attitudes towards transgender people that are regularly

expressed in our community. This concern is particularly heightened because this lawsuit seeks AHCCCS to pay for treatments it refuses to cover, which is already a sensitive topic in general. Because of the private details shared as part of this case, it is critical that I am allowed to proceed under a pseudonym. Otherwise, community members will likely be able to figure out John's identity. I worry that increased likelihood alone will cause John's anxiety to spike.

I declare under penalty of perjury pursuant to the laws of the State of Arizona that the foregoing is true and correct.

Executed this 5 th day of August, 2020 in Maricopa County, Arizona.

*Susan Doe*
Susan Doe

DECLARATION OF SUSAN DOE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND JOHN DOE'S MOTION TO PROCEED UNDER A PSEUDONYM
-4-

37282209.v1