Brent P. Ray (*pro hac vice* forthcoming)
Andrew J. Chinsky (*pro hac vice* forthcoming)
KING & SPALDING LLP
353 N. Clark Street, 12th Floor
Chicago, Illinois 60654
T: +1 312 995 6333
F: +1 312 995 6330
Email: bray@kslaw.com
       achinsky@kslaw.com

Daniel C. Barr (Bar No. 010149)
Janet M. Howe (Bar No. 034615)
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
T: +1 602 351 8085
F: +1 602 648 7085
Email: dbarr@perkinscoie.com
       jhowe@perkinscoie.com

*Counsel for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| D.H., by and through his mother, Janice Hennessy-Waller; and John Doe, by his guardian and next friend, Susan Doe, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity,<br><br>　　　　　　Defendant. | No.<br><br>**DECLARATION OF JANICE HENNESSY-WALLER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Janice Hennessy-Waller, hereby declare as follows:

1. I am the mother of plaintiff D.H.

2. I am an Arizona resident. I live in Pima County.

3. I am enrolled in Arizona's Medicaid program.

4. My son was diagnosed with gender dysphoria. He was identified as female at birth but is male and lives as male in every aspect his life.

5. As a child, D.H. was often frustrated and angry and I had no idea why. I tried everything I could to figure out what was causing him so much distress and never suspected it was because he is transgender. I continued to treat him like the girl I thought he was. Unfortunately, that did not help his distress and D.H. developed significant psychological distress at an early age, including severe anxiety and suicidal ideation. Over the years, I had to hospitalize D.H., including in intensive psychiatric care, four times due to these issues, beginning at age eleven in 2014.

6. When D.H. was eleven, I suggested that he get involved in dance; it was an activity he liked as a little kid and I hoped it would help him cope with his anxiety and distress. He took to dance immediately. It seemed to be working; he was making friends and exercising—both of which helped him feel good about himself—and he finally appeared to have a handle on his mental health. Once he started puberty, however, dance became another source of distress because of the physical changes his body was undergoing, especially his breast development.

7. Soon thereafter, I noticed that D.H. started wanting to appear more masculine, such as wearing boys' clothing and hairstyle. Within six months, around September 2016, he told me that he was transgender. I was definitely surprised when he told me, but I wanted to support him, especially if it was going improve his mental health and wellbeing.

8. Seeing that D.H. was still struggling with anxiety, I arranged for him to see a therapist who recommended that D.H. see Tamar Reed, a mental health provider with experience working with transgender youth. With the recommendation and support of Ms. Reed, D.H. began to transition to live in accordance with his gender identity and to treat his gender dysphoria.

9. Because dance was such an important part of his life, D.H. continued to participate in dance after starting his transition. But that eventually became too difficult for him. On the ride home from one of his dance competitions in January 2017—where he did well—D.H.'s mental health started to deteriorate, which led me to bring him in a second time for in-patient psychiatric treatment.

10. After a year of working with his therapist, Ms. Reed and Dr. Chin, D.H.'s then-treating medical provider for his gender dysphoria, recommended that he start taking testosterone. This was a very big deal for D.H. He has always been very afraid of needles, but knowing how important this was for his health, D.H. overcame his fear. D.H. started taking testosterone in November 2017 and has given himself the weekly testosterone shot since then.

11. With each prior stage of his transition, I noticed a significant change in D.H.'s overall wellbeing. Still, I was not prepared for the tremendous benefit that came with him starting testosterone. D.H. became happier, more confident, and calm, which I had never really seen in him before that. It was certainly a welcomed change.

12. Even with ongoing mental health treatment and medications, D.H. still experiences significant distress regarding his body and specifically his chest. In September 2018, I had to hospitalize D.H. again due to chest dysphoria and suicidal ideations. Then, less than a year later in April 2019, he had to enter a 30-day assessment and intervention center due to the same symptoms.

13. As it was clear that hormone treatment was not effective in completely treating D.H.'s dysphoria, his treating physician and therapist recommended that he obtain male chest reconstruction surgery to further align his body with his gender identity and alleviate his gender dysphoria to an extent that his current treatments cannot achieve. D.H. was over the moon when he received this recommendation.

14. In May 2019, after completing his 30-day treatment program, D.H. consulted with Dr. Ethan Larson, a surgeon who regularly performs male chest reconstruction surgery. The surgeon evaluated him and determined that he was a good candidate for the surgery.

15. Knowing that he needed the surgery, I decided to have Dr. Larson's office attempt to get preauthorization D.H.'s male chest reconstruction surgery. When we found out that AHCCCS denied D.H. preauthorization for the surgery, we appealed in hopes of getting it approved. The appeal was denied on July 5, 2019, because of AHCCCS's exclusion for surgical care to treat gender dysphoria. D.H. was incredibly upset, frustrated, and defeated by this news.

16. I do not have the money to cover the costs of this surgery without insurance coverage. I have difficulty even holding down a steady job because I am constantly called away to assist D.H. during the day in times of crisis.

17. If D.H. cannot get this surgery, I fear that his mental health will continue to decompensate and require further intensive psychological and psychiatric treatment. His gender dysphoria related to his chest is already bad enough that it prevents him from leaving the house for days on end. Mentally, it puts him into a cave. I am worried that the mental exhaustion he feels due to his dysphoria will once again trigger suicidal ideation.

I declare under penalty of perjury pursuant to the laws of the State of Arizona that the foregoing is true and correct.

Executed this 5 th day of August, 2020 at Tucson, Arizona.

*Janice R. Hennessy-Waller*
Janice Hennessy-Waller

---

DECLARATION OF JANICE HENNESSY-WALLER IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION
-3-