Brent P. Ray (*pro hac vice* forthcoming)
Andrew J. Chinsky (*pro hac vice* forthcoming)
KING & SPALDING LLP
353 N. Clark Street, 12th Floor
Chicago, Illinois 60654
T: +1 312 995 6333
F: +1 312 995 6330
Email: bray@kslaw.com
        achinsky@kslaw.com

Daniel C. Barr (Bar No. 010149)
Janet M. Howe (Bar No. 034615)
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
T: +1 602 351 8085
F: +1 602 648 7085
Email: dbarr@perkinscoie.com
        jhowe@perkinscoie.com

*Counsel for Plaintiffs and the Class*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| D.H., by and through his mother, Janice Hennessy-Waller; and John Doe, by his guardian and next friend, Susan Doe, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity, <br><br> Defendant. | No. <br><br> **EXPERT DECLARATION OF ARON JANSSEN, M.D. IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Aron Janssen, M.D., hereby declare as follows:

1.      My name is Aron Janssen, M.D. I am a board-certified child and adolescent psychiatrist. I specialize in the treatment of gender dysphoria in children and adolescents, and I am an expert in this field.

2.      I have been retained by counsel for Plaintiffs in the above-captioned lawsuit to provide an expert opinion on the standards of care for treating individuals diagnosed with gender dysphoria. In particular, I have been asked whether: (1) male chest reconstruction surgery is medically necessary for the treatment of gender dysphoria in adolescents and young adults; (2) delaying or denying male chest reconstruction surgery has serious negative implications for a transgender person's health; and (3) a categorical exclusion on Medicaid coverage for gender-confirming surgeries violates  the prevailing standards of care for treating transgender adolescents and young adults with gender dysphoria.

3.      I am over the age of eighteen and submit this expert declaration based on my personal knowledge and experience.

4.      If called to testify in this matter, I would testify truthfully and based on my expert opinion. The opinions and conclusions I express herein are based on a reasonable degree of scientific certainty.

## Background and Qualifications

5.     The information provided regarding my professional background, experiences, publications, and presentations are detailed in my curriculum vitae. A true and correct copy of my CV is attached as Exhibit A.

6.     I received my medical degree from the University of Colorado School of Medicine. I completed my residency in psychiatry and a fellowship in child and adolescent psychiatry at New York University Langone Medical Center.

7.     In 2011, I founded the Gender and Sexuality Service at New York University, a clinical service dedicated to treating children and adolescents with gender dysphoria. In my last five years at NYU, that clinic served over 200 families, with 2-3 new referrals each week.

8.     I am currently the Vice Chair of the Pritzker Department of Psychiatry and Behavioral Health and Chief Psychiatrist for the Gender Development Program at Ann and Robert H. Lurie Children's Hospital of Chicago. I am also a Clinical Associate Professor of Child and Adolescent Psychiatry at Northwestern University Feinberg School of Medicine. I maintain a clinical practice in Illinois where I treat patients from Illinois and the surrounding states.

9.     I have been treating children and adolescents with gender dysphoria for over 10 years. I have treated over 300 children and adolescents with gender dysphoria during my medical career. Currently, approximately 90 percent of the patients in my clinical practice are transgender children and adolescents.

10.     I am a contributing author to the Child and Adult Mental Health and Adult Mental Health chapters of the Eighth Version (forthcoming) of the World Professional Association for Transgender Health's (WPATH) *Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People* (hereafter, "WPATH SOC").

11.     The WPATH SOC provides clinical guidance for health professionals based on the best available science and expert professional consensus. The purpose of the WPATH SOC is to assist health providers in delivering necessary medical care to transgender people, in order to maximize their patients' overall health, psychological well-being, and self-fulfillment. The WPATH SOC has been recognized and adopted as the prevailing standard of care by the major professional association medical and mental health providers in the United States, including the American Medical Association, American Academy of Pediatrics, American Psychiatric Association, American Psychological Association, and Pediatric Endocrine Society, among others.

12.     In addition, I have written a number of peer-reviewed journal articles and chapters in professional textbooks about treatment of gender dysphoria in children and adolescents. In 2018, I co-edited *Affirmative Mental Health Care for Transgender and Gender Diverse Youth: A Clinical Casebook*, which is the first published clinical casebook on mental health treatment for children and adolescents with gender dysphoria. A full and complete list of my publications is included in my CV.

13.     I am an Associate Editor for the journal *Transgender Health*, and an Ad Hoc Reviewer for the journal *LGBT Health*. Each of these publications is a peer-reviewed medical journal.

14.     I am actively involved in training other medical and mental health providers in the treatment of children and adolescents with gender dysphoria. I have conducted trainings for over 1,000 medical and mental health providers and have given dozens of public addresses, seminars, and lectures on the treatment of gender dysphoria in children and adolescents. I have also taught a number of courses through WPATH's Global Education Initiative, which provides training courses toward a member certification program in transgender health for practitioners around the world.

15.     I am a member of the following professional organizations: American Psychiatric Association, American Academy of Child and Adolescent Psychiatry (AACAP), and World Professional Association for Transgender Health (WPATH). I am also a member of the Sexual Orientation and Gender Identity Committee of AACAP, the Gender Dysphoria Working Group of the American Psychiatric Association, and the Transgender Health Committee of the Association of Gay and Lesbian Psychiatrists.

16.     I am being compensated at an hourly rate of $400/hour plus expenses for my time spent preparing this declaration and providing local testimony (including deposition or providing hearing testimony by telephone or video-teleconference). My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I may provide.

17.     In the previous four years, I was retained as an expert witness by the plaintiff in *Uhland v. Adventist Health System* in the Circuit Court of Orange County, Florida, a medical malpractice case. I did not give expert testimony at a trial or at a deposition in any case in the last four years.

### Basis for Opinions

18.     My opinions contained in this report are based on: (1) my clinical experience as a psychiatrist treating transgender patients, including adolescents and young adults; (2) my knowledge of the peer-reviewed research, including my own, regarding the treatment of gender dysphoria, which reflects the clinical advancements in the field of transgender health; (3) my work as a contributing author of the WPATH SOC; and (4) my review of the various declarations submitted in support of this motion.

19.     I was provided with and reviewed the following case-specific materials: (1) the declarations of D.H. and John Doe, and their respective guardians Janice Hennessy and Susan Doe; (2) the declarations of D.H.'s and John's respective treating providers, Tamar Reed, Dr. Drew Cronyn, and Dr. Mischa Cohen Peck; and (3) medical records from the office of Dr. Veenod Chulani.

### Discussion

#### Gender Identity Development and Gender Dysphoria in Children and Adolescents

20.     At birth, infants are assigned a sex, either male or female, based on the appearance of their external genitalia. For most people, their sex assigned at birth, or

assigned sex, matches that person's gender identity. For transgender people, their assigned

sex does not align with their gender identity.

21.   Gender identity is a person's inner sense of belonging to a particular gender,

such as male or female. It is core and universal component of human identity.

22.   By the beginning of the twentieth century, scientific research had established

that external genitalia alone—the critical criterion for assigning sex at birth—are not

always an accurate proxy for a person's sex. Instead, a person's sex is comprised of a

number of components, including, among others, internal reproductive organs, external

genitalia, chromosomes, hormones, gender identity, and secondary-sex characteristics.

When there is a divergence between these factors, as there is for transgender and intersex

individuals, medical science recognizes that the person's gender identity is the most

important and determinative factor. It is medically inappropriate and harmful to treat a

transgender person inconsistently with their gender identity.

23.   Like nontransgender people, transgender people do not simply have a

"preference" to act or behave consistently with their gender identity. Every person has a

gender identity and it is not a personal decision, preference, or belief. A transgender boy

cannot simply turn off his gender identity like a switch, any more than a nontransgender

boy or anyone else could.

24.   Living in a manner consistent with one's gender identity is critical to the

health and well-being of any person, including transgender people.

25.     In other words, in terms of a person's psychological makeup and core identity, a transgender boy has always been a boy, regardless of the sex he was assigned at birth. Likewise, a transgender girl has always been a girl, regardless of the sex she was assigned at birth.

26.     Current science recognizes that gender identity is innate and strongly indicates that gender identity has a biological basis.  For example, both post-mortem and functional brain imaging studies in living people show that transgender men have areas of the brain that are similar to the brains of other men who are not transgender, and transgender women have areas of the brain that are similar to the brains of other women who are not transgender. Additionally, research has found that the process of gender identity development in transgender children is identical to that of nontransgender children and that psychological measurements of the gender identities of children in each of the two groups are indistinguishable from one another. That is, a transgender boy's gender-related development is the same as other boys who are not transgender, and a transgender girls' gender-related development is the same as other girls who are not transgender.

27.     The evidence demonstrating that gender identity cannot be altered, either for transgender or for nontransgender individuals, further underscores the innate and immutable nature of gender identity. Past attempts to "cure" transgender individuals by using talk therapy, and even aversive therapy, to change their gender identity to match their birth-assigned sex were ineffective and caused extreme psychological damage. All major associations of medical and mental health providers, such as the American Medical

Association, the American Psychiatric Association, American Academy of Child and Adolescent Psychiatry, the American Psychological Association, and WPATH's standards of care, consider such efforts harmful and unethical.

28.     Gender dysphoria is the medical diagnosis for the severe and unremitting psychological distress resulting from the incongruity between a person's assigned sex and their gender identity.  It is a serious medical condition and is listed in both the DSM-5 and the World Health Organization's International Classification of Diseases, the diagnostic and coding compendia for mental health and medical professionals, respectively.

### *Standard of Care for Treatment of Gender Dysphoria in Youth*

29.     Like all children, transgender children can thrive, grow into healthy adults and have the same capacity for happiness, achievement, and contribution to society as others.  For this particular group of young people, that means supporting their need to live in a manner consistent with their gender identity in all aspects of their lives.

30.     Accordingly, treatment for gender dysphoria brings a transgender person's life into closer alignment with their gender identity. The process of undergoing those treatments is often referred to as transition. The steps that make up a transgender person's transition will depend on that individual's medical and mental health needs. There is no specific step, or series of steps, a transgender person must undertake to complete their transition.

31.     Transition does not make a transgender person more of a man or more of a woman than they were before; rather, the person's gender identity already exists, just as it

does for nontransgender people. The purpose of transition is to allow a transgender person to live congruently with their gender identity, including in many cases undergoing medical treatments to align the person's body with who they are.

32.     Typically, transgender people start their transition with a series of steps that are commonly referred to as a "social transition." Those steps include changing their name, using different pronouns, wearing clothing and adopting grooming habits typically associated with their gender identity, and using the corresponding sex-specific facilities. Making those changes enable a transgender person to begin living their life consistent with their gender identity and helps ensure that they are treated as such by family, peers, and others in the community.

33.     At the onset of puberty, transgender young people may also start taking puberty-delaying medication to prevent their bodies from being flooded with the incorrect sex hormone and the attendant development of unwanted and psychologically distressing secondary-sex characteristics that are in conflict with the person's identity. For transgender young people who need that medication, any delay will increase the experience of debilitating psychological distress because their body and gender identity are diverging even further each day, instead of coming into closer alignment. That psychological distress is heightened by the reality that some of the physical changes associated with puberty may be irreversible, permanently constricting a transgender young person's future treatment options and negatively affecting their quality of life.

34.     Hormone replacement therapy is medically necessary for most transgender

young people regardless of whether they have taken puberty-delaying medication. That treatment causes their bodies to develop the secondary-sex characteristics associated with their gender identity, such as facial and body hair in boys and breasts in girls.

35.     Surgical treatment is also medically necessary for some transgender youth in order to alleviate their gender dysphoria.  The most common surgical procedure that is medically necessary for transgender young people is male chest reconstruction surgery, which involves the removal of breast tissue and the creation of a male chest.

36.     Delaying any of these treatments will not only exacerbate a transgender young person's gender dysphoria, but also could lead to the development of other co-occurring mental health conditions, including depression, anxiety, and disordered eating. Those co-occurring mental health conditions may be accompanied by unhealthy coping behaviors such as self-harm, substance misuse, and suicide attempts.

### Transition is the only Safe and Effective Treatment for Gender Dysphoria

37.     Research and clinical experience repeatedly reaffirm that transition significantly improves the mental and physical health of transgender young people.

38.     This is true of each stage of a transgender young person's transition. Transgender young people who underwent a social transition in childhood demonstrated better mental health profile than prior studies of gender nonconforming children. *See* Lily Durwood, et al., *Mental Health and Self-Worth in Socially Transitioned Transgender Youth*, 56 J. Am. Acad. of Child & Adol. Psychiatry 116 (2017); Kristina Olson, et al., *Mental Health of Transgender Children who are Supported in Their Identities*, 137

Pediatrics 1 (2016). This same outcome has also been seen in a longitudinal study of transgender young people who underwent each of the three stages of transition outlined above. Annelou L.C. de Vries, et al., *Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment*, 134 Pediatrics 696 (2014). In a study specifically about male chest reconstruction surgery, post-operative transgender young people demonstrated significant psychological and functional improvements, from a greater willingness to plan for their future and to engage activities of daily living (*e.g.*, bathing, buying clothing). Johanna Olson-Kennedy, et al., *Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults Comparisons of Nonsurgical and Postsurgical Cohorts*, 172 JAMA Pediatrics 431, 434 (2018)

39.     Transition also can—and often does—alleviate co-occurring mental health issues a transgender young person experienced prior to transition. Following transition, transgender young people are often able to reduce dosage of psychiatric medications and see significant improvements in functioning and quality of life. Treating their gender dysphoria also increases a transgender young person's capacity to develop and maintain better coping strategies to manage any co-occurring conditions.

***Medical Necessity of Male Chest Reconstruction Surgery for Transgender Males***

40.     The presence—and prominence—of secondary-sex characteristics can undermine the significant psychological relief associated with transition. Those physical features serve as a constant reminder to a transgender young person of the dissonance between their assigned sex and gender identity. This incongruity becomes even more stark

as a transgender young person brings the other aspects of their appearance into closer alignment with their gender identity. *See, e.g.*, Olson-Kennedy, *supra*, 172 JAMA Pediatrics at 435 ("Chest dysphoria was higher for those who had been taking testosterone longer, increasing by 0.33 points for each month taking testosterone.").

41.     Secondary-sex characteristics can also serve as markers that cause others to incorrectly refer to a transgender person by their assigned sex or deny them access to sex-separated spaces, which is already a source of anxiety for many transgender young people. That anxiety is often compounded by fears that those incidents would force them to disclose their transgender status and expose them to further mistreatment, or even violence.

42.     The secondary-sex characteristic that commonly causes the most dysphoria for transgender males is their chest. Transgender males will wear constrictive binders designed to flatten their chest and give the appearance of male-chest contour. Binders offer transgender males a critical method for self-treating the dysphoria they experience due to the appearance of their chest. Without binders, many transgender males, including adolescents and young adults, would experience debilitating gender dysphoria that would significantly interfere with their daily functioning, let alone their overall mental health and well-being.

43.     But the benefits of wearing a binder are limited and temporary. Although binders can dampen a transgender male's chest dysphoria during the day, they rarely eliminate it. Even when wearing a binder, a transgender male's chest dysphoria can still impair their ability to function at school—academically, socially, and otherwise. And, they

must remove the binder each night. Once removed, transgender males often experience a significant increase in their gender dysphoria, a painful reminder that they are not yet able to live fully as male. For that, and many other reasons, transgender males will regularly wear their binder longer than recommended, jeopardizing their physical health.

44.     Binders also becomes less effective over time at treating gender dysphoria. Hormone replacement therapy—another critical element of transition—causes transgender males to develop facial hair, prominent Adam's apple, deeper voice, and other secondary-sex characteristics associated with males. Those changes make the appearance of their chest even more pronounced and discomfiting.

45.     The restrictiveness of a binder also often causes physical discomfort and limits the ability of transgender males to engage in physical activity, which can also exacerbate gender dysphoria or other forms of psychological distress.

46.     Male chest reconstruction surgery is the only effective treatment for the chest dysphoria experienced by transgender males. The psychological relief that surgery provides is palpable. The surgery removes the source of their psychological distress and physical discomfort and significantly improves a transgender boy's self-image and ability to confidently move through the world as male.

47.     Denying or delaying access to male chest reconstruction surgery can have serious short- and long-term consequences for a young transgender male's mental health. At a minimum, the prolonged psychological distress associated with that delay can result in a worsening of a transgender young person's gender dysphoria, which can manifest in

myriad ways from increased anxiety and depression to engaging in negative coping behaviors such as self-harm (*i.e.* cutting, burning). The more severe the distress becomes, the more likely that it will be harder to treat and have a longer-lasting effect on a transgender young person's mental health and wellbeing. Untreated chest dysphoria in transgender males can result in suicidal ideation and attempts.

### Conclusion

48.     Categorically excluding coverage for male chest reconstruction surgery to treat gender dysphoria has no basis in the prevailing standards of care, peer-reviewed medical literature, and clinical experience.

49.     Male chest reconstruction surgery is medically necessary treatment for gender dysphoria. That treatment is critical for the health, safety, and overall wellbeing of transgender males, including adolescents and young adults. Any delay or denial of care will likely result in serious psychological harm that could have lifelong implications.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3 th day of August, 2020 at Chicago, Illinois.


Aron Janssen, M.D.

# Exhibit A

**Curriculum Vitae**

Aron Janssen, M.D.
312-227-7783
aron.janssen@nyumc.org

**Personal Data**

| | |
|---|---|
| Born | Papillion, Nebraska |
| Citizenship | USA |

**Academic Appointments**

| | |
|---|---|
| 2011-2017 | Clinical Assistant Professor of Child and Adolescent Psychiatry |
| 2011-2019 | Founder & Clinical Director, NYU Gender and Sexuality Service |
| | Director, LGBT Mental Health Elective, NYULMC |
| 2015-2019 | Co-Director, NYU Pediatric Consultation Liaison Service |
| | New York University Department of Child and Adolescent Psychiatry |
| 2017-present | Clinical Associate Professor of Child and Adolescent Psychiatry |
| 2019-present | Vice Chair, Pritzker Department of Psychiatry and Behavioral Health |
| | Ann and Robert H. Lurie Children's Hospital of Chicago |

**Education**

| Year | Degree | Field | Institution |
|---|---|---|---|
| 6/97 | Diploma | | Liberty High School |
| 5/01 | B.A. | Biochemistry | University of Colorado |
| 5/06 | M.D. | Medicine | University of Colorado |

**Postdoctoral Training**

| | | | |
|---|---|---|---|
| 2006-2009 | Psychiatry Residency | Ze'ev Levin, M.D. | NYU Department of Psychiatry |
| 2009-2011 | Child and Adolescent Psychiatry Fellowship – Fellow and Clinical Instructor | | |
| | | Jess Shatkin, M.D. | NYU Dept of Child/Adolescent Psychiatry |

**Licensure and Certification**

| | |
|---|---|
| 2007-present | New York State Medical License |
| 2011-present | Certification in Adult Psychiatry, American Board of Psychiatry and Neurology |
| 2013-present | Certification in Child and Adolescent Psychiatry, ABPN |

**Academic Appointments**

| | |
|---|---|
| 2009-2011 | Clinical Instructor, NYU Department of Child and Adolescent Psychiatry |
| 2011-present | Clinical Asst Professor, NYU Dept of Child and Adolescent Psychiatry |
| 2011-present | Clinical Director, NYU Gender and Sexuality Service |
| 2015-present | Co-Director, NYU Pediatric Consultation-Liaison Service |

**Awards and Honors**

| | |
|---|---|
| 2006 | Adler Scholarship |
| 2001 | Dean Van Ek Award |
| 2001 | Phi Beta Kappa |

**Major Committee Assignments**

National and Regional

| | |
|---|---|
| 2015-present | Department of Child Psychiatry Diversity Ambassador |
| 2013-present | Sexual Orientation and Gender Identity Committee Member, AACAP |
| 2012-present | Founder and Director, Gender Variant Youth and Family Network |
| 2012-present | Association of Gay and Lesbian Psychiatrists, Transgender Health Committee |
| 2012-2019 | NYULMC, Chair LGBTQ Advisory Council |
| 2012-2019 | NYULMC, Child Abuse and Protection Committee |
| 2013-2015 | NYULMC, Pediatric Palliative Care Team |
| 2003-2004 | American Association of Medical Colleges (AAMC), Medical Education Delegate |
| 2004-2006 | AAMC, Western Regional Chair |

Psychiatry Residency

| | |
|---|---|
| 2006-2009 | Resident Member, Education Committee |
| 2007-2008 | Resident Member, Veterans Affairs (VA) Committee |

Medical School

| | |
|---|---|
| 2002-2006 | Chair, Diversity Curriculum Development Committee |
| 2002-2006 | AAMC, Student Representative |
| 2003-2004 | American Medical Student Assoc. (AMSA) World AIDS Day Coordinator |
| 2003-2004 | AMSA, Primary Care Week Coordinator |
| 2004-2006 | Chair, Humanism in Medicine Committee |

**Memberships, Offices, and Committee Assignments In Professional Societies**

| | |
|---|---|
| 2006-present | American Psychiatric Association (APA) |
| 2009-present | American Academy of Child and Adolescent Psychiatry (AACAP) |
| 2011-present | World Professional Association for Transgender Health (WPATH) |
| 2011-present | Director, Gender Variant Youth and Family Network, NYC |
| 2013-present | Chair, NYU Langone Medical Center LGBTQ Council |
| 2015-present | Clinical Associate Editor, *Transgender Health* |

**Editorial Positions**

| | |
|---|---|
| 2016-present | Clinical Assistant Editor, *Transgender Health* |
| 2014-present | Ad Hoc Reviewer, *LGBT Health* |
| 2018-present | Associate Editor, *Transgender Health* |

**Principal Clinical and Hospital Service Responsibilities**

| | |
|---|---|
| 2011-2019 | Staff Psychiatrist, Pediatric Consultation Liaison Service |
| 2011-2019 | Faculty Physician, NYU Child Study Center |
| 2011-2019 | Founder and Clinical Director, NYU Gender & Sexuality Service |
| 2015-2019 | Co-Director, Pediatric Consultation Liaison Service |
| 2019-present | Vice Chair, Pritzker Dept of Psychiatry and Behavioral Health |
| 2019-present | Chief Psychiatrist, Gender Development Program |

**Program Development**

Gender and Sexuality Service

-founded by Aron Janssen in 2011, who continues to direct the service
-first mental health service dedicated to transgender youth in NYC
-served over 200 families in consultation, with 2-3 referrals to the gender clinic

2

per week
-trained over 500 mental health practitioners in transgender mental health – 1 or
2 full day trainings in partnership with the Ackerman Institute's Gender and
Family Project (GFP) and with WPATH Global Educational Initiative (GEI)
-New hires in Adolescent Medicine, Psychology, Plastic Surgery, Urology, Gynecology,
Endocrinology, Social Work, Department of Population Health with focus on
transgender care has led to expansion of available services for transgender youth
at NYULMC in partnership with the Gender and Sexuality Service
-development of partnerships with Ackerman Institute, Callen-Lorde Health Center –
both institutions have been granted access to our IRB and have agreed to develop
shared research and clinical priorities with the Gender and Sexuality Service. Two
active projects are already underway
-multiple IRB research projects underway, including in partnership with national and
international clinics
-model has been internationally recognized

NYU Consultation-Liaison Service
-3-fold increase in number of consults since becoming co-director
-expansion into outpatient pediatrics
-oversaw hiring of 5 new clinicians
-initiated and expanded research/QI projects within service
-RCT for novel model of CBT for IBD (in process, currently in recruitment for
a study to test a novel 4-session CBT-based treatment)
-RCT for treatment of delirium (in process, finalizing IRB submission)
-QI project on stress/resilience for families in the PICU – over 90% of patients
screened each week with stress thermometer with standardized response
protocol.
-Development of Pediatric and Family Behavioral Emergency Response Team

**Clinical Specialties/Interests**
Gender and Sexual Identity Development
Pediatric Consultation/Liaison Psychiatry
Psychotherapy
-Gender Affirmative Therapy, Supportive Psychotherapy, CBT

**Teaching Experience**
2002-2006     Course Developer and Instructor, LGBT Health (University of Colorado School
of Medicine
2011-present   Instructor, Cultural Competency in Child Psychiatry (NYU Department of Child
and Adolescent Psychiatry) – 4 hours per year
2011-present   Course Director, Instructor "Sex Matters: Identity, Behavior and Development" –
100 hours per year
2011-present   Course Director, LGBT Mental Health Elective (NYU Department of Psychiatry)
- 50 hours of direct supervision/instruction per year
2011-present   Course Director, Transgender Mental Health (NYU Department of Child and
Adolescent Psychiatry – course to begin in Spring 2018.
2015-present   Instructor, Gender & Health Selective (NYU School of Medicine) – 4 hours per
year.

3

**Academic Assignments/Course Development**

New York University Department of Child and Adolescent Mental Health Studies

-Teacher and Course Director: "Sex Matters: Identity, Behavior and Development."
A full semester 4 credit course, taught to approximately 50 student per year since 2011, with several students now in graduate school studying sexual and gender identity development as a result of my mentorship.

NYU Department of Child and Adolescent Psychiatry

-Instructor: Cultural Competency in Child and Adolescent Psychiatry
-Director: LGBTQ Mental Health Elective

World Professional Association of Transgender Health

-Official Trainer: Global Education Initiative – one of two child psychiatrists charged with training providers in care of transgender youth and adults.

**Peer Reviewed Publications**

1. Janssen, A., Erickson-Schroth, L., "A New Generation of Gender: Learning Patience from our Gender Non-Conforming Patients," Journal of the American Academy of Child and Adolescent Psychiatry, Volume 52, Issue 10, pp. 995-997, October, 2013.
2. Janssen, A., et. al. "Theory of Mind and the Intolerance of Ambiguity: Two Case Studies of Transgender Individuals with High-Functioning Autism Spectrum
3. Janssen A, Huang H, and Duncan C., Transgender Health. February 2016, "Gender Variance Among Youth with Autism: A Retrospective Chart Review." 1(1): 63-68. doi:10.1089/trgh.2015.0007.
4. Goedel WC, Reisner SL, Janssen AC, Poteat TC, Regan SD, Kreski NT, Confident G, Duncan DT. (2017). Acceptability and Feasibility of Using a Novel Geospatial Method to Measure Neighborhood Contexts and Mobility Among Transgender Women in New York City. Transgender Health. July 2017, 2(1): 96-106.
5. Janssen A., et. al., "Gender Variance Among Youth with ADHD: A Retrospective Chart Review," in review
6. Janssen A., et. al., "Initial Clinical Guidelines for Co-Occurring Autism Spectrum Disorder and Gender Dysphoria or Incongruence in Adolescents," Journal of Child & Adolescent Psychology, 105-115, January 2018.
7. Janssen A., et. al., "A Review of Evidence Based Treatments for Transgender Youth Diagnosed with Social Anxiety Disorder," Transgender Health, 3:1, 27–33, DOI: 10.1089/ trgh.2017.0037.
8. Janssen A., et. al., "The Complexities of Treatment Planning for Transgender Youth with Co-Occurring Severe Mental Illness: A Literature Review and Case Study," Archives of Sexual Behavior, 2019. # 3563492
9. Kimberly LL, Folkers KM, Friesen P, Sultan D, Quinn GP, Bateman-House A, Parent B, Konnoth C, Janssen A, Shah LD, Bluebond-Langner R, Salas-Humara C., "Ethical Issues in Gender-Affirming Care for Youth," Pediatrics, 2018 Dec;142(6).
10. Strang JF, Janssen A, Tishelman A, Leibowitz SF, Kenworthy L, McGuire JK, Edwards-Leeper L, Mazefsky CA, Rofey D, Bascom J, Caplan R, Gomez-Lobo V, Berg D, Zaks Z, Wallace GL, Wimms H, Pine-Twaddell E, Shumer D, Register-Brown K, Sadikova E, Anthony LG., "Revisiting the Link: Evidence of the Rates of Autism in Studies of Gender Diverse Individuals," Journal of the American Academy of Child and Adolescent Psychiatry, 2018 Nov;57(11):885-887.
11. Goedel William C, Regan Seann D, Chaix Basile, Radix Asa, Reisner Sari L, Janssen Aron C, Duncan Dustin T, "Using global positioning system methods to explore

4

mobility patterns and exposure to high HIV prevalence neighbourhoods among transgender women in New York City," Geospatial Health, 2019 Jan; 14(2): 351-356.

12. Madora, M., Janssen, A., Junewicz, A., "Seizure-like episodes, but is it really epilepsy?" Current Psychiatry. 2019 Aug; 18(8): 42-47.

13. Janssen, A., Busa, S., Wernick, J., "The Complexities of Treatment Planning for Transgender Youth with Co-Occurring Severe Mental Illness: A Literature Review and Case Study," Archives of Sexual Behavior. 2019 Oct; 48(7): 2003-2009.

14. Wernick Jeremy A, Busa Samantha, Matouk Kareen, Nicholson Joey, Janssen Aron, "A Systematic Review of the Psychological Benefits of Gender-Affirming Surgery," Urol Clin North Am. 2019 Nov; 46(4): 475-486.

15. Strang, J.F., Knauss, M., van der Miesen, A.I.R., McGuire, J., Kenworthy, L., Caplan, R., Freeman, A.J., Sadikova, E., Zacks, Z., Pervez, N., Balleur, A., Rowlands, D.W., Sibarium, E., McCool, M.A., Ehrbar, R.D., Wyss, S.E., Wimms, H., Tobing, J., Thomas, J., Austen, J., Pine, E., Willing, L., Griffin, A.D., Janssen, A., Gomez-Lobo, A., Brandt, A., Morgan, C., Meagher, H., Gohari, D., Kirby, D., Russell, L., Powers, M., & Anthony, L.G., (in press 2020). A clinical program for transgender and gender-diverse autistic/neurodiverse adolescents developed through community-based participatory design. *Journal of Clinical Child and Adolescent Psychology.* DOI 10.1080/15374416.2020.1731817

16. Coyne, C. A., Poquiz, J. L., Janssen, A., & Chen, D. (In press 2020). Evidence-based psychological practice for transgender and non-binary youth: Defining the need, framework for treatment adaptation, and future directions. Evidence-based Practice in Child and Adolescent Mental Health.

17. Janssen, A., Voss, R. (In press 2020). Policies sanctioning discrimination against transgender patients flout scientific evidence and threaten health and safety. Transgender Health.

**Published Abstracts**

1. Thrun, M., Janssen A., et. al. "Frequency of Patronage and Choice of Sexual Partners may Impact Likelihood of HIV Transmission in Bathhouses," original research poster presented at the 2007 Conference on Retroviruses and Opportunistic Infections, February, 2007.

2. Janssen, A., "Advocating for the mental health of Lesbian, Gay, Bisexual and Transgender (LGBT) population: The Role of Psychiatric Organizations." Workshop for the American Psychiatric Association Institute of Psychiatric Services Annual Meeting, October 2012.

3. Janssen, A., "Gender Variance in Childhood and Adolescents: Training the Next Generation of Psychiatrists," 23rd Symposium of the World Professional Association for Transgender Health, Amsterdam, The Netherlands, February 2014.

4. Janssen, A., "When Gender and Psychiatric Acuity/Comorbidities Overlap: Addressing Complex Issues for Gender Dysphoric and Non-Conforming Youth," AACAP Annual Meeting, October 2014.

5. Janssen, A., "Patient Experiences as Drivers of Change: A unique model for reducing transgender health disparities as an academic medical center," Philadelphia Transgender Health Conference, June 2016.

6. Janssen, A., "How much is too much?  Assessments & the Affirmative Approach to TGNC Youth," 24th Symposium of the World Professional Association for Transgender Health, Amsterdam, The Netherlands, June 2016.

7. Janssen, A., "Trauma, Complex Cases and the Role of Psychotherapy," 24th Symposium of the World Professional Association for Transgender Health, Amsterdam, The Netherlands, June 2016.
8. Janssen, A., "Gender Variance Among Youth with Autism: A Retrospective Chart Review," Research Poster, 24th Symposium of the World Professional Association for Transgender Health, Amsterdam, The Netherlands, June 2016.
9. Janssen, A., "Gender Fluidity and Gender Identity Development," Center for Disease Control – STD Prevention Conference, September 2016.
10. Janssen, A., "Transgender Identities Emerging During Adolescents' Struggles With Mental Health Problems," AACAP Annual Conference, October 2016.
11. Janssen, A., "How Much is Too Much? Assessments and the Affirmative Approach to Transgender and Gender Diverse Youth," US Professional Association for Transgender Health Inaugural Conference, Los Angeles, February 2017.
12. Janssen, A., "Trauma, Complex Cases and the Role of Psychotherapy," US Professional Association for Transgender Health Inaugural Conference, Los Angeles, February 2017.
13. Sutter ME, Bowman-Curci M, Nahata L, Tishelman AC, Janssen AC, Salas-Humara C, Quinn GP. Sexual and reproductive health among transgender and gender-expansive AYA: Implications for quality of life and cancer prevention. Oral presentation at the Oncofertility Consortium Conference, Chicago, IL. November 14, 2017.
14. Janssen, A., Sidhu, S., Gwynette, M., Turban, J., Myint, M., Petersen, D., "It's Complicated: Tackling Gender Dysphoria in Youth with Autism Spectrum Disorders from the Bible Belt to New York City," AACAP Annual Conference, October 2017.
15. May 2018: "A Primer in Working with Parents of Transgender Youth," APA Annual Meeting.
16. October 2018: "Gender Dysphoria Across Development" – Institute for AACAP Annual Conference.
17. November 2018: "Gender Variance Among Youth with Autism," World Professional Association for Transgender Health Biannual Conference.
18. March 2019: "Gender Trajectories in Child and Adolescent Development and Identity," Austin Riggs Grand Rounds.
19. Janssen, A., et. al., "Ethical Principles in Gender Affirming Care," AACAP Annual Conference, October 2019.
20. Janssen, A., "Gender Diversity and Gender Dysphoria in Youth," EPATH Conference, April 2019
21. Englander, E., Janssen A., et. al., "The Good, The Bad, and The Risky: Sexual Behaviors Online," AACAP Annual Conference, October 2020

**Books**

1. Janssen, A., Leibowitz, S (editors), Affirmative Mental Health Care for Transgender and Gender Diverse Youth: A Clinical Casebook, Springer Publishing, 2018.

**Book Chapters**

1. Janssen, A., Shatkin, J., "Atypical and Adjunctive Agents," Pharmacotherapy for Child and Adolescent Psychiatric Disorders, 3rd Edition, Marcel Dekker, Inc, New York, 2012.

6

2. Janssen, A; Liaw, K: "Not by Convention: Working with People on the Sexual & Gender Continuum," book chapter in The Massachusetts General Hospital Textbook on Cultural Sensitivity and Diversity in Mental Health. Humana Press, New York, Editor R. Parekh, January 2014.

3. Janssen, A; Glaeser, E., Liaw, K: "Paving their own paths: What kids & teens can teach us about sexual and gender identity," book chapter in Cultural Sensitivity in Child and Adolescent Mental Health, MGH Psychiatry Academy Press, Editor R. Parekh, 2016

4. Janssen A., "Gender Identity," Textbook of Mental and Behavioral Disorders in Adolescence, February 2018.

5. Busa S., Wernick, J., & Janssen, A. (In Review) Gender Dysphoria in Childhood. Encyclopedia of Child and Adolescent Development. Wiley, 2018.

6. Janssen A., Busa S., "Gender Dysphoria in Childhood and Adolescence," Complex Disorders in Pediatric Psychiatry: A Clinician's Guide, Elsevier, Editors Driver D., Thomas, S., 2018.

7. Wernick J.A., Busa S.M., Janssen A., Liaw K.RL. "Not by Convention: Working with People on the Sexual and Gender Continuum." Book chapter in The Massachusetts General Hospital Textbook on Diversity and Cultural Sensitivity in Mental Health, editors Parekh R., Trinh NH. August, 2019.

8. Weis, R., Janssen, A., & Wernick, J. The implications of trauma for sexual and reproductive health in adolescence. In *Not Just a nightmare: Thinking beyond PTSD to help teens exposed to trauma.* 2019

9. Connors J., Irastorza, I., Janssen A., Kelly, B., "Child and Adolescent Medicine," The Equal Curriculum: The Student and Educator Guide to LGBTQ Health, editors Lehman J., et al. November 2019.

10. Janssen, A., et. al., "Gender and Sexual Diversity in Childhood and Adolescence," Dulcan's Textbook of Child and Adolescent Psychiatry, 3rd edition, editor Dulcan, M., (in press)

**Invited Academic Seminars/Lectures**

1. April 2006: "How to Talk to a Gay Medical Student" – presented at the National AAMC Meeting.

2. March 2011: "Kindling Inspiration: Two Model Curricula for Expanding the Role of Residents as Educators" – workshop presented at National AADPRT Meeting.

3. May 2011: Janssen, A., Shuster, A., "Sex Matters: Identity, Behavior and Development," Grand Rounds Presentation, NYU Department of Child and Adolescent Psychiatry.

4. March 2012: Janssen, A., Lothringer, L., "Gender Variance in Children and Adolescents," Grand Rounds Presentation, NYU Department of Child and Adolescent Psychiatry.

5. June 2012: Janssen, A., "Gender Variance in Childhood and Adolescence," Grand Rounds Presentation, Woodhull Department of Psychiatry

6. October 2012: "Advocating for the mental health of Lesbian, Gay, Bisexual and Transgender  (LGBT) population: The Role of Psychiatric Organizations." Workshop for the American Psychiatric Association Institute of Psychiatric Services Annual Meeting.

7. March 2013: "Gender Variance in Childhood and Adolescence," Sexual Health Across the Lifespan: Practical Applications, Denver, CO.

8. October 18th, 2013: "Gender Variance in Childhood and Adolescence," Grand Rounds Presentation, NYU Department of Endocrinology.
9. October, 2014: GLMA Annual Conference: "Theory of Mind and Intolerance of Ambiguity: Two Case Studies of Transgender Individuals with High-Functioning ASD," Invited Presentation
10. October 2014: New York Transgender Health Conference: "Mental Health Assessment in Gender Variant Children," Invited Presentation.
11. November, 2014: Gender Spectrum East: "Affirmative Clinical Work with Gender-Expansive Children and Youth: Complex Situations."
12. October 2015: "Gender Dysphoria and Complex Psychiatric Co-Morbidity," LGBT Health Conference, Invited Speaker
13. October 2015: "Transgender Health Disparities: Challenges and Opportunities," Grand Rounds, Illinois Masonic Department of Medicine
14. November 2015: "Autism and Gender Variance," Gender Conference East, Invited Speaker
15. February 2016: "Working with Gender Variant Youth,"  New York State Office of Mental Health State Wide Grand Rounds, Invited Speaker
16. March, 2016: "Working with Gender Variant Youth," National Council for Behavioral Health Annual Meeting, Invited Speaker
17. March 2016: "Gender Variance Among Youth with Autism: A Retrospective Chart Review and Case Presentation," Working Group on Gender, Columbia University, Invited Speaker.
18. September, 2016: "Best Practices in Transgender Mental Health: Addressing Complex Issues for Gender Dysphoric and Non-Conforming Youth," DeWitt Wallace Institute for the History of Psychiatry, Weill Cornell.
19. October, 2016: "LGBTQ Youth Psychiatric Care," Midwest LGBTQ Health Symposim
20. October, 2016: "Gender Fluidity and Gender Identity Development," NYU Health Disparities Conference.
21. February, 2017: "Best Practices in Transgender Mental Health," Maimonides Grand Rounds
22. March, 2017: "Transgender Health: Challenges and Opportunities," Invited speaker, Center for Disease Control STD Prevention Science Series.
23. September 2017: "Autism and Gender Dysphoria," Grand Rounds, NYU Department of Neurology.
24. November 2017: "Consent and Assent in Transgender Adolescents," Gender Conference East.
25. November 2017: "Transgender Mental Health: Challenges and Opportunities," Grand Rounds, Lenox Hill Hospital.
26. April 2018: "Gender Trajectories in Childhood and Adolescent Development and Identity," Sex, Sexuality and Gender Conference, Harvard Medical School.
27. September 2019: "Social and Psychological Challenges of Gender Diverse Youth," Affirmative Mental Health Care for Gender Diverse Youth, University of Haifa.
28. October 2019: "Best Practices in Transgender Mental Health," Grand Rounds, Rush Department of Psychiatry.
29. February 2020: "The Overlap of Autism and Gender Dysphoria," Grand Rounds, Northwestern University Feinberg School of Medicine Department of Psychiatry
30. February 2020: "Gender Dysphoria and Autism," Grand Rounds, University of Illinois at Chicago Department of Psychiatry

**Selected Invited Community Seminars/Lectures**

1. April 2012: "Gender and Sexuality in Childhood and Adolescence," Commission on Race, Gender and Ethnicity, NYU Steinhardt Speakers Series.
2. February 2013: "Supporting Transgender Students in School," NYC Independent School LGBT Educators Panel, New York, NY.
3. June 2013: "LGBT Health," Presentation for Neuropsychology Department
4. August 2013: "Chronic Fatigue Syndrome: Etiology, Diagnosis and Management," invited presentation.
5. September 2013: Panelist, "LGBTQ Inclusive Sex Education."
6. April 2015: Transgender Children, BBC News, BBCTwo, invited expert
7. January 2016: Gender Dysphoria and Autism – Ackerman Podcast - http://ackerman.podbean.com/e/the-ackerman-podcast-22-gender-dysphoria-autism-with-aron-janssen-md/
8. February 2016: "Best Practices in Transgender Mental Health," APA District Branch Meeting, Invited Speaker.
9. May 2016: "Best Practices in Transgender Mental Health," Washington D.C., District Branch, APA, Invited Speaker
10. July 2016: "Transgender Youth," Union Square West
11. November 2017: "Understanding Gender: Raising Open, Accepting and Diverse Children," Heard in Rye, Conversations in Parenting.
12. January 2018: "The Emotional Life of Boys," Saint David's School Panel, Invited Speaker
13. June 2018: "Supporting Youth Engaged in Gender Affirming Care," NYU Child Study Center Workshop.
14. October 2018: "Medicine in Transition: Advances in Transgender Mental Health," NYCPS HIV Psychiatry and LGBT Committee Meeting.
15. October 2018: "Understanding Gender Fluidity in Kids," NYU Slope Pediatrics.

**Selected Mentoring of Graduate Students, Residents, Post-Doctoral Fellows**

| | |
|---|---|
| 2013-2014 | Rebecca Hopkinson, Adult Psychiatry Resident, Provided clinical supervision for one year and training in transgender mental health. Dr. Hopkinson works as at Attending Child Psychiatrist at Seattle Children's and works with transgender youth |
| 2013-2014 | Sara Weekly, Chief Child and Adolescent Psychiatry Resident. Provided clinical supervision. Dr. Weekly is now an attending physician at Bay Area Children's Association in Oakland, California. |
| 2013-present | Elizabeth Glaeser, Undergraduate Student. Provided research and administrative supervision. Elizabeth is now a PhD candidate in Psychology at Columbia and the director of research at the Gender and Family Project |
| 2014-2015 | Laura Erickson Schroth, Adult Psychiatry Resident. Provided clinical supervision for one year and training in transgender mental health. Dr. Erickson Schroth is the editor of Trans Bodies, Trans Selves, and Attending Psychiatrist at the Hetrick Martin Institute |
| 2015-2016 | Brandon Ito, Child Psychiatry Fellow, Provided Clinical Supervision. Dr. Ito is now an Attending Child and Adolescent Psychiatrist at UCLA. |

| 2015-2017 | Howard Huang, Undergraduate Student.  Provided research supervision.  Howard is now a PhD candidate in psychology at Boston College, pursuing work in gender and sexuality with published peer-reviewed literature. |
| 2016-2019 | Samantha Busa, PsyD, Post-Doctoral Fellow.  Provide clinical supervision in transgender helath.  Dr. Busa joined the NYU Gender and Sexuality Service as faculty in 2017. |
| 2016-2019 | Lara Brodsinzky, PhD, Attending Psychologist.  Provide clinical supervision in transgender health.  Dr. Brodsinzky is an Attending Psychologist on the NYU Pediatric Consultation Liaison Service. |
| 2016-2019 | Jeremy Wernick, MSW.  Provide clinical and administrative supervision. |
| 2017-2019 | Serena Chang, Child Psychiatry Fellow; provide clinical and research supervision. |

## Major Research Interests

Gender and Sexual Identity Development

Member, AGIR: Adolescent Gender Identity Research Group

Member, Research Consortium for Gender Identity Development

Delirium: Assessment, Treatment and Management

## Research Studies

| Study Title | IRB Study# | Dates |
|---|---|---|
| Adolescent Gender Identity Research Study (principal investigator) - unfunded | s15-00431 | 4/15-5/19 |
| Co-Occurrence of Autism Spectrum Disorders and Gender Variance: Retrospective Chart Review (principal investigator) - unfunded | s14-01930 | 10/14-5/19 |
| Expert Consensus on Social Transitioning Among Prepubertal Children Presenting with Transgender Identity and/or Gender Variance: A Delphi Procedure Study (principal investigator) - unfunded | s13-00576 | 3/16-5/19 |
| Co-Occurrence of ADHD/Gender Dysphoria (principal investigator) - unfunded | s16-00001 | 1/16-5/19 |
| PICU Early Mobility- unfunded | s16-02261 | 12/16-5/19 |
| Metformin for Overweight and Obese Children and Adolescents with Bipolar Spectrum Disorders Treated with Second-Generation Antipsychotics – Funded by PCORI | s16-01571 | 8/16-present |

## Other

Direct income for the department generated by teaching Sex Matters: Identity, Behavior and Development for the Child and Adolescent Mental Health Studies (CAMS) undergraduate program at NYU:

| Time Frame | Income |
|---|---|
| 2011 - 2016 | $1,968,950 |

10

**Selected Media Appearances:**

Guest Expert on Gender Identity on Anderson, "When Your Husband Becomes Your Wife," Air Date February 8th, 2012

Guest Host, NYU About Our Kids on Sirius XM, 2011

NYU Doctor Radio: LGBT Health, September 2013

NYU Doctor Radio: LGBT Kids, November 2013

NYU Doctor Radio: LGBT Health, July 2014

NYU Doctor Radio: Gender Variance in Childhood, December 2014

BBC Two: Transgender Youth, April 2015

NYU Doctor Radio: Transgender Youth, June 2015

Fox-5 News: Trump's proposed military ban and Transgender Youth, July, 2017

Healthline.com: Mental Health Experts Call President's Tweets 'Devastating' for Trans Teens, July, 2017

Huffington Post: What the Military Ban Says to Our Transgender Youth: August, 2017

Metro: How to talk to your transgender kid about Trump, August 2017

NYU Doctor Radio: Transgender Youth, August 2017