AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| D.H., by and through his mother, Janice Hennessy-Waller, and John Doe, by his guardian and next friend, Susan Doe, on behalf of themselves and all others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity, <br><br> *Defendant(s)* | Civil Action No. CV-20-00335-TUC-SHR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jami Snyder
Director of the Arizona Health Care Cost Containment System
801 East Jefferson Street
Phoenix, AZ 85034

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brent P. Ray (pro hac vice forthcoming)
Andrew J. Chinsky (pro hac vice forthcoming)
KING & SPALDING LLP
353 N. Clark Street, 12th Floor
Chicago, Illinois 60654
bray@kslaw.com; achinsky@kslaw.com

Daniel C. Barr
Janet M. Howe
PERKINS COIE LLP
2901 N. Central Avenue  Suite 2000
Phoenix, AZ 85012
dbarr@perkinscoie.com
jhowe@perkinscoie.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____        _____
                                                                                        *Signature of*

ISSUED ON 5:43 pm, Aug 06, 2020
s/ Debra D. Lucas, Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-20-00335-TUC-SHR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jami Snyder, Director of the Arizona Health Care Cost was received by me on *(date)* _____.

☑ I personally served the summons on the individual at *(place)* Maria Chagolla, Receptionist at 12:51pm. 801 East Jefferson Street, Phoenix, AZ 85034 on *(date)* 08/07/2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 16.00 for travel and $ 51.00 for services, for a total of $ 67.00

I declare under penalty of perjury that this information is true.

Date: 08/11/2020

*Server's signature*

Bruce Comer #MC-7307
*Printed name and title*

Kiwi Process Service, LLC
530 E. McDowell Rd #107-423
Phoenix, AZ 85004
*Server's address*

Additional information regarding attempted service, etc:
Jami Snyder, Director of the Arizona Health Care Cost Containment System