# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| D.H., by and through his mother, Janice Hennessy-Waller; and John Doe, by and through his guardian and next friend, Susan Doe, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity,<br><br>     Defendant.<br>_____ | Case No. 4:20-cv-00335-SHR<br><br>**(Proposed) Order Granting Unopposed Motion for Extension of Time to Respond to Complaint and Motion for Preliminary Injunction**<br><br><br>(Assigned to the Honorable Scott H. Rash) |

This matter having come to be heard on Defendant's Unopposed Motion for Extension of Time to Respond to Complaint and Motion for Preliminary Injunction and for good cause shown;

IT IS HEREBY ORDERED that Defendant's Motion is granted, and Defendant may have until September 28, 2020 to respond to Plaintiffs' Complaint and Motion for Preliminary Injunction herein.

DATED this _____ day of _____, 2020.