# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Janice Hennessy-Waller, et al., | No. CV-20-00335-TUC-SHR |
| Plaintiffs, | **ORDER** |
| v. | |
| Jami Snyder, | |
| Defendant. | |

This matter having come to be heard on Defendant's Unopposed Motion for Extension of Time to Respond to Complaint and Motion for Preliminary Injunction and for good cause shown;

**IT IS HEREBY ORDERED** that Defendant's Motion is granted, and Defendant may have until **September 28, 2020** to respond to Plaintiffs' Complaint and Motion for Preliminary Injunction herein.

Dated this 25th day of August, 2020.

Honorable Scott H. Rash
United States District Judge