1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| D.H., by and through his mother, Janice Hennessy-Waller; and John Doe, by his guardian and next friend, Susan Doe, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity,<br><br>    Defendant. | No. 4:20-cv-00335-TUC-SHR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

   The Court having considered Plaintiffs' Unopposed Motion for Extension of Time to File Reply in Support of Motion for Preliminary Injunction and having found good cause in support thereof;

   IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.  Plaintiffs may have until October 26, 2020 to file their reply brief in support of the pending motion for preliminary injunction.