IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Janice Hennessy-Waller, et al., | No. CV-20-00335-TUC-SHR |
| Plaintiffs, | **Order Granting Plaintiffs' Unopposed Motion for Extension of Time to File Reply in Support of Motion for Preliminary Injunction** |
| v. | |
| Jami Snyder, | |
| Defendant. | |

Pending before the Court is Plaintiffs' Unopposed Motion for Extension of Time to File Reply in Support of Motion for Preliminary Injunction ("Motion") (Doc. 20). Having considered Plaintiffs' Motion and good cause appearing,

**IT IS ORDERED** that Plaintiffs' Motion is **GRANTED** and Plaintiffs shall file their reply in support of their pending Motion for Preliminary Injunction (Doc. 3) **on or before Monday, October 26, 2020**.

Dated this 30th day of September, 2020.

Honorable Scott H. Rash
United States District Judge