Logan T. Johnston, #009484
**JOHNSTON LAW OFFICES, P.L.C.**
14040 N. Cave Creek Rd., Suite 309
Phoenix, Arizona 85022
Telephone: (602) 435-0050
ltjohnston@live.com

David T. Barton  #016848
Kathryn Hackett King #024698
**BURNSBARTON PLC**
2201 East Camelback Road, Ste. 360
Phone: (602) 753-4500
david@burnsbarton.com
kate@burnsbarton.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| D.H., by and through his mother, Janice Hennessy-Waller; and John Doe, by and through his guardian and next friend, Susan Doe, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity,<br><br>Defendant. | Case No. 4:20-cv-00335-SHR<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>(Assigned to the Honorable Scott H. Rash) |

In Plaintiffs' Unopposed Motion for Extension of Time to File Reply in Support of Motion for Preliminary Injunction (Doc. 20), Plaintiffs correctly state that Defendant agreed not to oppose Plaintiffs' request for a 21-day extension of time to file a reply brief.

However, the Motion also seems to indicate Defendant does not oppose Plaintiffs preparing and filing new expert declarations with Plaintiffs' reply brief.  Defendant wishes to clarify for the record that Defendant did not agree to not oppose the introduction

of new evidence (through new expert declarations) in a reply brief. *See, e.g., Imon v. Keeton,* No. CV-20-00037-PHX-DWL, 2020 WL 4284378, n.8 (D.Ariz. July 27, 2020) ("In his reply, Petitioner belatedly attempts to address the radiographic evidence" with argument and "by submitting new expert declarations," but "[t]his approach fails. A litigant may not seek to advance a new argument, based on new evidence, for the first time in a reply"). Defendant recognizes the Court has already issued an Order on the motion (Doc. 21), which Defendant does not oppose. Defendant files this response merely to clarify for the record that Defendant reserves the right to oppose any new evidence and/or new expert declarations that may be submitted in Plaintiffs' reply brief.

RESPECTFULLY SUBMITTED this 30th day of September, 2020.

**BURNSBARTON PLC**

By  /s/ *Kathryn Hackett King*

David T. Barton
Kathryn Hackett King

**JOHNSTON LAW OFFICES, P.L.C.**
Logan T. Johnston
14040 N. Cave Creek Rd., Suite 309
Phoenix, Arizona 85022

*Attorneys for Defendant*

# **CERTIFICATE OF SERVICE**

     I hereby certifies that on September 30, 2020, I electronically transmitted the foregoing document, using the ECF System for filing and transmittal of a Notice of Electronic Filing and to ECF registrants and e-mailed a copy of the foregoing to the following:

Brent P. Ray
Andrew J. Chinsky
KING & SPALDING LLP
353 N. Clark Street, 12th Floor
Chicago, Illinois 60654
T: +1 312 995 6333
F: +1 312 995 6330
Email:bray@kslaw.com
achinsky@kslaw.com

Daniel C. Barr
Janet M. Howe
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
T: +1 602 351 8085
F: +1 602 648 7085
Email:dbarr@perkinscoie.com
jhowe@perkinscoie.com

Asaf Orr
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
T: +1 415 392 6257
F: +1 415 392 8442
Email:aorr@nclrights.org

Abigail K. Coursolle
Catherine McKee
NATIONAL HEALTH LAW PROGRAM
3701 Wilshire Boulevard, Suite 750
Los Angeles, CA 90010
T: +1 310 204 6010
Email:coursolle@healthlaw.org
mckee@healthlaw.org

*Attorneys for Plaintiffs and the Class*

*s/Carolyn Galbreath*