# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Janice Hennessy-Waller, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Jami Snyder, <br><br> Defendant. | No. CV-20-00335-TUC-SHR <br><br> **Order Granting Motion to Proceed under Pseudonym** |

Pending before the Court is Plaintiff John Doe's Motion to Proceed Under a Pseudonym (Doc. 2) requesting leave to proceed using pseudonyms for himself and his guardian and next friend, Susan Doe. Having considered the motion and good cause appearing,

**IT IS ORDERED** Plaintiff John Doe's Motion to Proceed Under a Pseudonym (Doc. 2) is **GRANTED**.

Dated this 22nd day of October, 2020.

Honorable Scott H. Rash
United States District Judge