UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| D.H., by and through his mother, Janice Hennessy-Waller, and John Doe, by his guardian and next friend, Susan Doe, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity,<br><br>Defendant. | No. CV-20-00335-TUC-SHR<br><br>**PROPOSED ORDER FOR PLAINTIFF D.H.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF ANDREW CRONYN, MD, IN SUPPORT OF D.H. AND JOHN DOE'S MOTION FOR PRELIMINARY INJUNCTION** |

Before the Court is Plaintiff D.H.'s Motion requesting leave to file a supplemental declaration of Andrew Cronyn, MD, in support of D.H. and John Doe's motion for preliminary injunction.

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff D.H. may file a supplemental declaration of Andrew Cronyn, MD in support of the pending motion for preliminary injunction.