Daniel C. Barr (#010149)
Janet M. Howe (#034615)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
Email:   DBarr@perkinscoie.com
         JHowe@perkinscoie.com
         DocketPHX@perkinscoie.com

Brent P. Ray (*admitted pro hac vice*)
Andrew J. Chinsky (*admitted pro hac vice*)
**KING & SPALDING LLP**
353 N. Clark Street, 12th Floor
Chicago, Illinois 60654
T: +1 312 995 6333
F: +1 312 995 6330
Email:   bray@kslaw.com
         achinsky@kslaw.com

*Attorneys for Plaintiffs and the Class*
(Additional Counsel on Signature Page)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| D.H., by and through his mother, Janice Hennessy-Waller, and John Doe, by his guardian and next friend, Susan Doe, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity,<br><br>Defendant. | No. CV-20-00335-TUC-SHR<br><br>**NOTICE OF SERVICE OF INITIAL DISCLOSURE STATEMENT** |

PLEASE TAKE NOTICE that on November 23, 2020, Plaintiffs D.H., a minor, by his mother and next friend JANICE HENNESSY-WALLER and JOHN DOE, by his guardian and next friend, SUSAN DOE served its Initial Disclosure Statement on counsel for Defendant.

Dated:  November 23, 2020

**PERKINS COIE LLP**

By: */s/ Daniel C. Barr*
 Daniel C. Barr (#010149)
 Janet M. Howe (#034615)
 2901 North Central Avenue, Suite 2000
 Phoenix, Arizona  85012-2788
 DBarr@perkinscoie.com
 JHowe@perkinscoie.com

Brent P. Ray (*admitted pro hac vice*)
Andrew J. Chinsky (*admitted pro hac vice*)
**KING & SPALDING LLP**
353 N. Clark Street, 12th Floor
Chicago, Illinois 60654
T: +1 312 995 6333
F: +1 312 995 6330
Email: bray@kslaw.com
          achinsky@kslaw.com

Asaf Orr (*admitted pro hac vice)*
**NATIONAL CENTER FOR LESBIAN RIGHTS**
870 Market Street, Suite 370
San Francisco, CA 94102
T: +1 415 392 6257
F: +1 415 392 8442
Email: aorr@nclrights.org

Abigail K. Coursolle (*admitted pro hac vice*)
Catherine McKee (*admitted pro hac vice*)
**NATIONAL HEALTH LAW PROGRAM**
3701 Wilshire Boulevard, Suite 750
Los Angeles, CA 90010
T: +1 310 204 6010
Email: coursolle@healthlaw.org
          mckee@healthlaw.org

*Attorneys for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2020, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Logan T. Johnston, #009484
JOHNSTON LAW OFFICES, P.L.C.
14040 N. Cave Creek Rd., Suite 309
Phoenix, Arizona 85022
ltjohnston@live.com

David Barton
Kathryn Hackett King
BURNSBARTON PLC
2201 E. Camelback Road, Suite 360
Phoenix, AZ 85016
david@burnsbarton.com
kate@burnsbarton.com

*Attorneys for Defendant*

*s/ Marie van Olffen*