# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Janice Hennessy-Waller, et al., | No. CV-20-00335-TUC-SHR |
| Plaintiffs, | **Order Setting Status Conference** |
| v. | |
| Jami Snyder, | |
| Defendant. | |

Pending before the Court are Plaintiffs' unopposed Motion for Leave to File Supplemental Declaration of Andrew Cronyn, MD, in Support of D.H. and John Does' Motion for Preliminary Injunction (Doc. 26) and Plaintiff's Motion for Preliminary Injunction (Doc. 3). Good cause appearing,

**IT IS ORDERED** a thirty-minute status conference is set for **Friday, December 11, 2020 at 11:00 A.M.**, before the Honorable Scott H. Rash. The parties shall appear telephonically and shall call 888-363-4735 at the EXACT time of the hearing. The access code is 2872694.

Dated this 23rd day of November, 2020.

*/s/ Scott H. Rash*
Honorable Scott H. Rash
United States District Judge