# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Janice Hennessy-Waller, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Jami Snyder, <br><br> Defendant. | No. CV-20-00335-TUC-SHR <br><br> **Order Granting Plaintiff's Motion for Leave to File Supplemental Declaration of Andrew Cronyn, MD** |

Pending before the Court is Plaintiffs' unopposed Motion for Leave to File Supplemental Declaration of Andrew Cronyn, MD, in Support of D.H. and John Does' Motion for Preliminary Injunction ("Motion") (Doc. 26). Having considered the Motion and good cause appearing,

**IT IS ORDERED** Plaintiff's Motion (Doc. 26) is **GRANTED** and the Supplemental Declaration of Andrew Cronyn, MD, in Support of D.H. and John Does' Motion for Preliminary Injunction (Doc. 27) is **accepted**.

Dated this 24th day of November, 2020.

Honorable Scott H. Rash
United States District Judge