UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| D.H., by and through his mother, Janice Hennessy-Waller, and John Doe, by his guardian and next friend, Susan Doe, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity,<br><br>Defendant. | No. CV-20-00335-TUC-SHR<br><br>**[PROPOSED] SCHEDULING ORDER** |

Upon consideration of the parties' Joint Report, it is HEREBY ORDERED:

**1.** *Initial disclosure:* The parties have exchanged their initial disclosure statements.

**2.** *Deadline to Amend Pleadings***:** The parties may amend pleadings without leave until **December 21, 2020**.

**3.** *Class Certification:* Plaintiffs should file their motion for class certification on or before _____**, 2021**.

**4.** *Class Discovery:* The parties will complete all class discovery by _____**, 2021**.

**5.** *Fact Discovery***:** The parties will complete all fact discovery by _____, **2021**.

**6.** *Expert witness disclosure:* The parties shall simultaneously disclose the identify and opinions of experts by _____**, 2021**. The parties shall file rebuttal expert disclosures by _____, **2021**. Expert discovery shall be completed by _____**, 2021**

**7.** *Settlement conference or private mediation:* The parties shall engage in settlement discussions by **January 4, 2021**.

**8.** *Dispositive and Daubert motions:* The parties shall file all dispositive and *Daubert* motions by _____**, 2021**, with responses to those motions due on_____**, 2021**, and replies due on _____**, 2021**.

**9.** *Pre-Trial Disclosures*: The parties shall file all pre-trial disclosures by _____**, 2021**.

**10.** *Pre-Trial Motions*: The parties shall file pre-trial motions on _____**, 2021.**

**11.** *Trial:* A non-jury trial shall begin on _____**, 2021** and shall last ___ **days**.

**IT IS SO ORDERED.**