1

2

3

4

5

6

7                  UNITED STATES DISTRICT COURT

8                        DISTRICT OF ARIZONA

9   D.H., by and through his mother, Janice        No. CV-20-00335-TUC-SHR
    Hennessy-Waller, and John Doe, by his
10  guardian and next friend, Susan Doe, on behalf
    of themselves and all others similarly situated,
11
                 Plaintiffs,                        **[PROPOSED] ORDER ADOPTING**
12                                                  **STIPULATED PROTECTIVE**
         v.                                         **ORDER**
13
    Jami Snyder, Director of the Arizona Health
14  Care Cost Containment System, in her official
    capacity,
15
                 Defendant.
16

17

18          Having reviewed the Joint Stipulation for a Protective Order, the Parties have shown

19  there is good cause for entering such an order in this matter.  The Protective Order submitted

20  to this Court shall be entered as an order of this Court.

21          **IT IS SO ORDERED.**

22

23

24

25

26

27

28