# EXHIBIT A

**From:** Kate King kate@burnsbarton.com 
**Subject:** Re: Motion for Leave to File a Supplemental Declaration
**Date:** November 20, 2020 at 10:34 AM
**To:** Asaf Orr AOrr@nclrights.org
**Cc:** Logan Johnston ltjohnston@live.com, David T Barton david@burnsbarton.com, Ray, Brent bray@kslaw.com, Chinsky, Andrew achinsky@kslaw.com, Catherine McKee mckee@healthlaw.org, Abbi Coursolle coursolle@healthlaw.org, Chris Stoll CStoll@nclrights.org, Barr, Daniel (Perkins Coie) DBarr@perkinscoie.com, Howe, Janet M. (Perkins Coie) JHowe@perkinscoie.com

Hi Asaf, Because plaintiffs have refused our reasonable requests, we will not consent to the filing of the supplemental declaration and will move to have it stricken. We will also let the Court know about our reasonable offer of a compromise that has been rejected.

Kathryn Hackett King
BurnsBarton PLC
2201 E. Camelback Road
Suite 360
Phoenix, AZ 85016
O 602.753.4510 |C 602.614.9819

**BurnsBarton**

This email and its attachment(s) are confidential and may be privileged.
This email was sent for the sole use of its intended recipient(s). If you
received this email in error, please immediately notify the sender and delete
this email from your system without copying, disclosing, or using it.

> On Nov 20, 2020, at 9:09 AM, Asaf Orr <AOrr@nclrights.org> wrote:
>
> Hi Kate,
> Thanks for your response. The only assurance I can provide is that we will produce records that are responsive to your request and will only withhold documents for which we have a good-faith basis for doing so.
>
> We intend to file the motion for leave to file the supplemental declaration by 4p MT on Friday, November 20, 2020. We will indicate that we do not object your client filing a response to the declaration. Please let us know by 3p MT on Friday, November 20, 2020, whether your client will consent to the filing.
> Very truly yours,
> Asaf
>
> **From:** Kate King <kate@burnsbarton.com>
> **Sent:** Thursday, November 19, 2020 12:08 PM
> **To:** Asaf Orr <AOrr@nclrights.org>
> **Cc:** Logan Johnston <ltjohnston@live.com>; David T Barton <david@burnsbarton.com>; Ray, Brent <bray@kslaw.com>; Chinsky, Andrew <achinsky@kslaw.com>; Catherine McKee <mckee@healthlaw.org>; Abbi Coursolle <coursolle@healthlaw.org>; Chris Stoll <CStoll@nclrights.org>; Barr, Daniel (Perkins Coie) <DBarr@perkinscoie.com>; Howe, Janet M. (Perkins Coie) <JHowe@perkinscoie.com>
> **Subject:** Re: Motion for Leave to File a Supplemental Declaration
> **Importance:** High

**Importance:** High

Hello Asaf,
We will send you a formal request for production and consent to the filing of your supplemental declaration but we need your assurance that 1) you will provide the records, not just objections; and 2) you will produce the records at the same time you file your supplement so we can use them in our response.
Kate

Kathryn Hackett King
BurnsBarton PLC
2201 E. Camelback Road
Suite 360
Phoenix, AZ 85016
O 602.753.4510 IC 602.614.9819

<image001.png>

This email and its attachment(s) are confidential and may be privileged.
This email was sent for the sole use of its intended recipient(s). If you
received this email in error, please immediately notify the sender and delete
this email from your system without copying, disclosing, or using it.

> On Nov 18, 2020, at 7:52 PM, Asaf Orr <AOrr@nclrights.org> wrote:
>
> Hi Kate,
>
> Thanks for your response. Our clients would not oppose the Defendant responding to the supplemental declaration by Dr. Cronyn. With regards to the medical records, we ask that you formally request those in a request for production. That will ensure a clean record of the discovery in this matter and allow all parties to reserve their rights as they feel appropriate.
>
> In light of our response on those two conditions, please let us know whether your client would consent to the filing of our motion.
>
> Very truly yours,
> Asaf
>
> ---
>
> **From:** Kate King <kate@burnsbarton.com>
> **Sent:** Tuesday, November 17, 2020 9:48 AM
> **To:** Asaf Orr <AOrr@nclrights.org>
> **Cc:** Logan Johnston <ltjohnston@live.com>; David T Barton <david@burnsbarton.com>; Ray, Brent <bray@kslaw.com>; Chinsky, Andrew <achinsky@kslaw.com>; Catherine McKee <mckee@healthlaw.org>; Abbi Coursolle <coursolle@healthlaw.org>; Chris Stoll <CStoll@nclrights.org>; Barr,

csalceis – csalceis@nclrights.org ; Chris Stoll – cstoll@nclrights.org ; Barr, Daniel (Perkins Coie) <DBarr@perkinscoie.com>; Howe, Janet M. (Perkins Coie) <JHowe@perkinscoie.com>
**Subject:** Re: Motion for Leave to File a Supplemental Declaration
**Importance:** High

Hello Asaf, We will not oppose the filing of a supplemental declaration by Dr. Andrew Cronyn, on the condition that (1) defendant has the opportunity to respond to the supplemental declaration, and (2) we receive all of D.H.'s medical records that address this new development, along with all of the medical/healthcare records for D.H. and John Doe, which counsel for plaintiffs agreed to provide to defendant during our Oct. 29 phone call.  Please let me know if you have any questions or wish to discuss this further over the telephone.
Thank you,
Kate

Kathryn Hackett King
BurnsBarton PLC
2201 E. Camelback Road
Suite 360
Phoenix, AZ 85016
O 602.753.4510 IC 602.614.9819

<image001.png>

This email and its attachment(s) are confidential and may be privileged.
This email was sent for the sole use of its intended recipient(s). If you
received this email in error, please immediately notify the sender and delete
this email from your system without copying, disclosing, or using it.

> On Nov 16, 2020, at 9:17 PM, Asaf Orr <AOrr@nclrights.org> wrote:
>
> Hi Kate,
> There has been a significant change in D.H.'s health since we filed our reply brief on the motion for preliminary injunction in October. We intend to seek leave to file a supplemental declaration from Dr. Andrew Cronyn discussing this change. I write to obtain your client's position on that motion. Please let me know so that we can correctly represent that position in our motion.
> We hope this e-mail finds you well and look forward to hearing from you.
> Very truly yours,
> Asaf

**Asaf Orr, Esq.** | **Senior Staff Attorney & Transgender Youth Project Director**
*(Pronouns: He, him)*
**National Center for Lesbian Rights** | www.NCLRights.org
870 Market Street, Suite 370, San Francisco, CA 94102
415.365.1326 office | 415.392.8442 fax
**AOrr@NCLRights.org**

**Facebook** | **Twitter** | **Instagram** | **YouTube**

**Feminist Founded, Advocates for All**