Daniel C. Barr (#010149)
Janet M. Howe (#034615)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
Email:     DBarr@perkinscoie.com
             JHowe@perkinscoie.com
             DocketPHX@perkinscoie.com

Brent P. Ray (*admitted pro hac vice*)
Andrew J. Chinsky (*admitted pro hac vice*)
**KING & SPALDING LLP**
353 N. Clark Street, 12th Floor
Chicago, Illinois 60654
T: +1 312 995 6333
F: +1 312 995 6330
Email:     bray@kslaw.com
             achinsky@kslaw.com

*Attorneys for Plaintiffs and the Class*
(Additional Counsel on Signature Page)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| D.H., by and through his mother, Janice Hennessy-Waller, and John Doe, by his guardian and next friend, Susan Doe, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity, <br><br> Defendant. | No. CV-20-00335-TUC-SHR <br><br> **NOTICE OF SERVICE OF DISCOVERY** |

PLEASE TAKE NOTICE that on December 10, 2020, Plaintiffs served via first class mail and email the following discovery on counsel for Defendant:

    Plaintiffs' Requests For Production of Documents, Set One

    Plaintiffs' First Set of Interrogatories to Defendant

Dated: December 10, 2020  **PERKINS COIE LLP**

By: */s/ Daniel C. Barr*
Daniel C. Barr (#010149)
Janet M. Howe (#034615)
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
DBarr@perkinscoie.com
JHowe@perkinscoie.com

Brent P. Ray (*admitted pro hac vice*)
Andrew J. Chinsky (*admitted pro hac vice*)
**KING & SPALDING LLP**
353 N. Clark Street, 12th Floor
Chicago, Illinois 60654
T: +1 312 995 6333
F: +1 312 995 6330
Email:     bray@kslaw.com
               achinsky@kslaw.com

Asaf Orr (*admitted pro hac vice)*
**NATIONAL CENTER FOR LESBIAN RIGHTS**
870 Market Street, Suite 370
San Francisco, CA 94102
T: +1 415 392 6257
F: +1 415 392 8442
Email:     aorr@nclrights.org

Abigail K. Coursolle (*admitted pro hac vice*)
Catherine McKee (*admitted pro hac vice*)
**NATIONAL HEALTH LAW PROGRAM**
3701 Wilshire Boulevard, Suite 750
Los Angeles, CA 90010
T: +1 310 204 6010
Email:     coursolle@healthlaw.org
               mckee@healthlaw.org

*Attorneys for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2020, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Logan T. Johnston
JOHNSTON LAW OFFICES, P.L.C.
14040 N. Cave Creek Rd., Suite 309
Phoenix, Arizona 85022
ltjohnston@live.com

David Barton
Kathryn Hackett King
BURNSBARTON PLC
2201 E. Camelback Road, Suite 360
Phoenix, AZ 85016
david@burnsbarton.com
kate@burnsbarton.com

*Attorneys for Defendant*

*s/ Marie van Olffen*

138410-0001/150455820.1

-3-