IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| D.H., by and through his mother, Janice Hennessy-Waller, and John Doe, by his guardian and next friend, Susan Doe, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity,<br><br>　　　　　　Defendant. | No. CV-20-00335-TUC-SHR<br><br>**Order Adopting Stipulated Protective Order** |

　　　Having reviewed the Joint Stipulation for a Protective Order (Doc. 34), the Parties have shown there is good cause for entering such an order in this matter. The Protective Order (Doc. 34) submitted to this Court shall be entered as an order of this Court.

　　**IT IS SO ORDERED.**

　　**Dated this 14th day of December, 2020.**

*Honorable Scott H. Rash*
*United States District Judge*