# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Janice Hennessy-Waller, et al., | No. CV-20-00335-TUC-SHR |
| Plaintiffs, | **Order Resetting Oral Argument on Plaintiffs' Motion for Preliminary Injunction** |
| v. | |
| Jami Snyder, | |
| Defendant. | |

Due to the COVID-19 pandemic,

**IT IS ORDERED** the telephonic oral argument on Plaintiffs' Motion for Preliminary Injunction, presently set for Wednesday, January 13, 2021 at 10:00 A.M. is VACATED and RESET. The telephonic oral argument will be reset for **Wednesday, January 27, 2021 at 11:00 A.M.** before the Honorable Scott. H. Rash. The parties shall appear telephonically and shall call 888-363-4735 at the EXACT time of the hearing. The access code is 2872694.

Dated this 6th day of January, 2021.

*Scott Rash*
Honorable Scott H. Rash
United States District Judge