# Exhibit 1

| | |
|---|---|
| 1 | Brent P. Ray (Admitted *pro hac vice*) |
| 2 | Andrew J. Chinsky (Admitted *pro hac vice*)<br>KING & SPALDING LLP |
| 3 | 353 N. Clark Street, 12th Floor<br>Chicago, Illinois 60654 |
| 4 | T: +1 312 995 6333<br>F: +1 312 995 6330 |
| 5 | Email: bray@kslaw.com<br>       achinsky@kslaw.com |
| 6 | Daniel C. Barr (Bar No. 010149) |
| 7 | Janet M. Howe (Bar No. 034615)<br>PERKINS COIE LLP |
| 8 | 2901 N. Central Avenue, Suite 2000<br>Phoenix, AZ 85012-2788 |
| 9 | T: +1 602 351 8085<br>F: +1 602 648 7085<br>Email: dbarr@perkinscoie.com |
| 10 |        jhowe@perkinscoie.com |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

D.H., by and through his mother, Janice Hennessy-Waller; and John Doe, by his guardian and next friend, Susan Doe, on behalf of themselves and all others similarly situated,

　　　　　　　　　　Plaintiffs,

vs.

Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity,

　　　　　　　　　　Defendant.

No. 4:20-cv-335-SHR

**DECLARATION OF ASAF ORR IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Asaf Orr, declare and state as follows:

1. Along with my co-counsel, I represent Plaintiffs D.H. and John Doe and the proposed Class in the above-captioned matter.

2. I am a Senior Staff Attorney and Director of the Transgender Youth Project at the National Center for Lesbian Rights (NCLR).

3. I received my J.D. from Rutgers School of Law – Newark in 2008, and clerked for the Hon. Virginia A. Long on the Supreme Court of New Jersey. Following my clerkship, I was awarded a Tom Steel Fellowship to represent LGBTQ students in education-related matters at the Learning Rights Law Center in Los Angeles, CA. I joined NCLR as a Staff Attorney in 2012.

4. NCLR is a national legal organization committed to advancing the civil and human rights of lesbian, gay, bisexual, and transgender people and their families through litigation, legislation, policy, and public education. NCLR was the first LGBTQ legal organization to start projects focusing on the needs of transgender people and LGBTQ youth.

5. I have extensive experience representing transgender young people and their families in a wide range of areas of law. For example, I represented Intervenor and Third-Party Plaintiff Jane Doe, a transgender middle-school student who was denied use of the girls' restroom and persistently referred to by the wrong name, in *Board of Education of the Highland Local School District v. U.S. Department of Education*, 208 F. Supp. 3d 850 (S.D. Ohio), *aff'd*, 845 F.3d 217 (6th Cir. 2016). I am also currently representing transgender youth in Arizona who are being denied the opportunity to correct the sex listed on their birth certificate. *Trujillo v. Christ*, Case No. 4:20-cv-00484-TUC-JAS (D. Ariz. 2020).

6. I also have significant experience representing transgender people in the cases challenging discriminatory treatment and policies in healthcare. I was counsel in *Prescott v. Rady Children's Hospital-San Diego*, 265 F.Supp.3d 1090 (S.D. Cal. 2017), the first case to recognize that persistently using the incorrect pronouns when referring to a transgender patient could constitute discrimination under the Affordable Care Act, and in *Calgaro v. St.*

1  *Louis County*, 919 F.3d 1054 (8th Cir. 2019), upholding the constitutionality of a state law that permitted NCLR's client, E.J.K., a transgender teenager living on her own, to consent to treatments for her gender dysphoria.  I have also represented transgender people challenging insurance exclusions of treatments for gender dysphoria.  *Ketcham v. Regence Blue Cross Blue Shield of Oregon*, Case No. 19CV31838 (Multnomah Cnty. Cir. Ct. 2018) (Challenging exclusion for facial feminization surgery for transgender beneficiaries); *Dovel v. Pub. Library of Cincinnati & Hamilton Cnty.*, Case No. 1:16-cv-00955 (S.D. Ohio 2016) (Challenging general surgical exclusion for transgender beneficiaries); *Doe v. United States*, Case No. 3:16-cv-00640 (S.D. Ill. 2016) (Challenging exclusion for puberty-delaying medication for transgender beneficiaries in Tricare).

7. NCLR has committed to assuring the resources needed to represent the class and will continue to work with other class counsel to competently investigate claims and issues as they arise in this case. In addition to the undersigned, there are two attorneys from NCLR working on this case who also have extensive experience litigating cases on behalf of transgender people.

I declare, pursuant to 28 U.S.C. § 1746 and under the penalty of perjury, that the foregoing statements in this affidavit are true and correct.

Executed this 11th day of January, 2021 in San Mateo County, California.

_____
Asaf Orr

DECLARATION OF ASAF ORR IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
- 2 -