# Exhibit 2

Brent P. Ray (Admitted *pro hac vice*)
Andrew J. Chinsky (Admitted *pro hac vice*)
KING & SPALDING LLP
353 N. Clark Street, 12th Floor
Chicago, Illinois 60654
T: +1 312 995 6333
F: +1 312 995 6330
Email: bray@kslaw.com
       achinsky@kslaw.com

Daniel C. Barr (Bar No. 010149)
Janet M. Howe (Bar No. 034615)
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
T: +1 602 351 8085
F: +1 602 648 7085
Email: dbarr@perkinscoie.com
       jhowe@perkinscoie.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| D.H., by and through his mother, Janice Hennessy-Waller; and John Doe, by his guardian and next friend, Susan Doe, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity,<br><br>　　　　　　　　Defendant. | No. 4:20-cv-335-SHR<br><br>**DECLARATION OF ABIGAIL K. COURSOLLE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, Abigail K. Coursolle, declare and state as follows:

1. Along with my co-counsel, I represent Plaintiffs D.H. and John Doe and the proposed Class in the above-captioned matter.

2. I am a senior attorney at the National Health Law Program ("NHeLP"). NHeLP is a non-profit law firm that provides consultation and co-counseling assistance to legal services, disability rights, and other attorneys nationwide on a range of health issues affecting the poor. NHeLP advocates, educates, and litigates at the federal and state levels, working to ensure that low-income people and underserved communities can obtain the quality care to which they are legally entitled and holding state and federal Medicaid agencies accountable for their programs. NHeLP brings significant expertise in federal Medicaid law and has previously litigated numerous complex cases and class action suits involving Medicaid Act and federal antidiscrimination claims. NHeLP commonly co-counsels cases with law firms and non-profit organizations and has experience in efficiently providing its expertise to the case.

3. I received my J.D. from the University of California, Los Angeles, in 2009. I am admitted to the Bar in California.

4. Prior to joining NHeLP, I was as an Equal Justice Works Justice Fellow at the Western Center on Law and Poverty, where I worked on enforcing California's safety net law that requires counties in the state to provide basic medical services and cash assistance to their low-income residents.

5. Since joining NHeLP in July of 2011, my legal practice has focused on issues related to the Medicaid program, including access to coverage and services. I have participated in several complex track and/or class action cases in the federal district and circuit courts of appeals. The vast majority of these cases concern publicly funded health insurance programs, particularly Medicaid, and include: *Flack v. Wis. Dep't of Health Servs.*, 395 F. Supp. 3d 1001 (W.D. Wis. 2019) (challenging state regulation excluding coverage of gender-affirming care in Medicaid); (*Oster v. Lightbourne*, No. C 09-4668 CW, 2012 WL 685808, at *6 (N.D. Cal. Mar. 2, 2012), order corrected, No. C 09-4668 CW,

2012 WL 1595102 (N.D. Cal. May 4, 2012) (certifying class in case challenging cuts to Medicaid personal care services in California), *J.E.M. et al. v. Corsi*, No. 16-cv-04273-SRB (W.D. Mo. Jul. 21, 2017) (challenging Missouri Medicaid policy that limited access to hepatitis C treatment), *St. Louis Effort for AIDS v. Huff*, 782 F.3d 1016 (8th Cir. 2015) (challenging Missouri "navigator" law as preempted by the Affordable Care Act).

6. My colleague, NHeLP senior attorney Catherine McKee is also co-counsel in this case. She received her J.D. from the University of California, Berkeley, in 2009 and is admitted to the Bar in California (inactive) and North Carolina. Since joining NHeLP in March of 2014, she has participated in several complex track and/or class action cases in federal courts concerning Medicaid. Recent cases in which she has served as co-counsel include: *Flack v. Wis. Dep't of Health Servs.*, 395 F. Supp. 3d 1001 (W.D. Wis. 2019), *Stewart v. Azar*, 366 F. Supp. 3d 125 (D.D.C. 2019)   (challenging HHS's approval of Kentucky's Section 1115 Medicaid waiver project); *Gresham v. Azar*, 363 F.Supp.3d 165 (D.D.C.  2019) (challenging HHS's approval of an amendment to Arkansas's Section 1115 Medicaid waiver project); *Philbrick v. Azar*, 397 F. Supp. 3d 11 (D.D.C. 2019) (challenging HHS's approval ofNew Hampshire's Section 1115 Medicaid waiver project); and *Garrido v. Dudek*, 658 Fed. Appx. 973 (11th Cir. 2016) (defending against challenge to award of attorneys' fees in case where court enjoined Florida Medicaid from excluding coverage of behavioral interventions for children with autism spectrum disorders).

7. NHeLP has committed to assuring the resources needed to represent the class and will continue to work with other class counsel to competently investigate claims and issues as they arise in this case. Including the two attorneys appearing as counsel in this case, NHeLP employs 25 practicing attorneys who bring a wealth of experience in Medicaid law and federal non-discrimination laws, including Section 1557 of the Affordable Care Act. NHeLP attorneys have not only engaged in significant litigation in these areas, but have also published hundreds of articles and issue briefs analyzing and explaining these areas of law.

- 2 -

1  I declare, pursuant to 28 U.S.C. § 1746 and under the penalty of perjury, that the
2  foregoing statements in this affidavit are true and correct.

4  Executed this 11th day of January, 2021 in Los Angeles County, California.

_____
Abigail K. Coursolle

DECLARATION OF ABIGAIL K. COURSOLLE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
- 3 -