UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| D.H., by and through his mother, Janice Hennessy-Waller, and John Doe, by his guardian and next friend, Susan Doe, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity,<br><br>Defendant. | No. CV-20-00335-TUC-SHR<br><br>**[PROPOSED] ORDER ADOPTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

The Court, having considered Plaintiffs' Motion for Class Certification and the attached declarations, and having found good cause in support thereof, IT IS ORDERED that Plaintiffs' Motion for Class Certification is GRANTED.

IT IS FURTHER ORDERED THAT:

(1) The Court certifies the following class under Rule 23(b)(2):

**All transgender individuals under age 21 who are or will be enrolled in AHCCCS, have or will have a diagnosis of gender dysphoria, and are seeking or will seek coverage for male chest reconstruction surgery following a determination by their respective health care providers that the procedure is necessary to treat their gender dysphoria.**

-2-

(2) Plaintiffs' counsel, Perkins Coie, LLP, King & Spaulding, LLP, the National Center for Lesbian Rights, and the National Health Law Program are appointed Class counsel under Rule 23(g).

**IT IS HEREBY ORDERED:**