Logan T. Johnston, #009484
**JOHNSTON LAW OFFICES, P.L.C.**
14040 N. Cave Creek Rd., Suite 309
Phoenix, Arizona 85022
Telephone: (602) 435-0050
ltjohnston@live.com

David T. Barton  #016848
Kathryn Hackett King #024698
**BURNSBARTON PLC**
2201 East Camelback Road, Ste. 360
Phone: (602) 753-4500
david@burnsbarton.com
kate@burnsbarton.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| D.H., by and through his mother, Janice Hennessy-Waller; and John Doe, by and through his guardian and next friend, Susan Doe, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity,<br><br>Defendant. | Case No. 4:20-cv-00335-SHR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR TIME TO CONDUCT CLASS DISCOVERY AND RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>(Assigned to the Honorable Scott H. Rash) |

The Court, having considered Defendant's Motion for Time to Conduct Class Discovery and Respond to Plaintiffs' Motion for Class Certification ("Motion") and good cause appearing therefore,

IT IS ORDERED that Defendant's Motion is GRANTED.  Discovery in this case shall be bifurcated into two phases: the first phase to address class certification discovery, and the second phase to address the merits of Plaintiffs' claims.  The parties have until April

| | |
|---|---|
| 1 | 26, 2021 to complete class discovery, and the time for Defendant to respond to Plaintiffs' |
| 2 | Motion for Class Certification (Doc. 40) is extended to May 12, 2021. |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |