# EXHIBIT 1

**From:** Asaf Orr AOrr@nclrights.org
**Subject:** RE: Scheduling a Rule 26(f) conference
**Date:** October 26, 2020 at 10:50 AM
**To:** Logan Johnston ltjohnston@live.com, David Barton david@burnsbarton.com, Kate King kate@burnsbarton.com
**Cc:** Ray, Brent bray@kslaw.com, Chinsky, Andrew achinsky@kslaw.com, Catherine McKee mckee@healthlaw.org, Abbi Coursolle coursolle@healthlaw.org, Chris Stoll CStoll@nclrights.org

Thanks, Logan. I will circulate a meeting invite with dial-in information later today.

**From:** Logan Johnston <ltjohnston@live.com>
**Sent:** Monday, October 26, 2020 10:49 AM
**To:** Asaf Orr <AOrr@nclrights.org>; David Barton <david@burnsbarton.com>; Kate King <kate@burnsbarton.com>
**Cc:** Ray, Brent <bray@kslaw.com>; Chinsky, Andrew <achinsky@kslaw.com>; 'Catherine McKee' <mckee@healthlaw.org>; 'Abbi Coursolle' <coursolle@healthlaw.org>; Chris Stoll <CStoll@nclrights.org>
**Subject:** Re: Scheduling a Rule 26(f) conference

Asaf - Let's do 10:00 a.m. (PT) on Thursday. Will you be circulating a phone number or just calling me? If the latter, please use 602 684-3790.

Thanks.

Logan

*Logan T. Johnston*
*JOHNSTON LAW OFFICES, P.L.C.*
*14040 N. Cave Creek Rd., Suite 309*
*Phoenix, AZ 85022*
*602.435.0050*

---

**From:** Asaf Orr <AOrr@nclrights.org>
**Sent:** Sunday, October 25, 2020 10:30 AM
**To:** Logan Johnston <ltjohnston@live.com>; David Barton <david@burnsbarton.com>; Kate King <kate@burnsbarton.com>
**Cc:** Ray, Brent <bray@kslaw.com>; Chinsky, Andrew <achinsky@kslaw.com>; 'Catherine McKee' <mckee@healthlaw.org>; 'Abbi Coursolle' <coursolle@healthlaw.org>; Chris Stoll <CStoll@nclrights.org>
**Subject:** Scheduling a Rule 26(f) conference

Hi Logan, David, and Kathryn,

I write to set up a Rule 26(f) conference for next week. That will give us an opportunity to discuss the coming stages of this case, start to develop a discovery plan, and explore opportunities for settlement as required by the rule. Below is our availability (all times PT):

Wednesday: 12-1p
Thursday: 10a-1p

Friday: 1-3p

I hope this e-mail finds you all well and look forward to hearing from you.

Very truly yours,
Asaf


**Asaf Orr, Esq.** | Senior Staff Attorney & Transgender Youth Project Director
*(Pronouns: He, him)*
**National Center for Lesbian Rights** | www.NCLRights.org
870 Market Street, Suite 370, San Francisco, CA 94102
415.365.1326 office | 415.392.8442 fax
AOrr@NCLRights.org

**Facebook** | **Twitter** | **Instagram** | **YouTube**

**Feminist Founded, Advocates for All**

# EXHIBIT 2



**From:** Asaf Orr AOrr@nclrights.org
**Subject:** RE: D.H. v Snyder: Initial Disclosure deadline
**Date:** November 20, 2020 at 5:05 PM
**To:** Kate King kate@burnsbarton.com
**Cc:** Logan Johnston ltjohnston@live.com, David T Barton david@burnsbarton.com, Ray, Brent bray@kslaw.com, Chinsky, Andrew achinsky@kslaw.com, Catherine McKee mckee@healthlaw.org, Abbi Coursolle coursolle@healthlaw.org, Chris Stoll CStoll@nclrights.org, Barr, Daniel (Perkins Coie) DBarr@perkinscoie.com, Howe, Janet M. (Perkins Coie) JHowe@perkinscoie.com

Hi Kate,
Attached please find a redline version of our edits to the draft Rule 26(f) report. Please confirm that we have your client's consent to file a clean version with the Court.
Also, please find Plaintiffs' proposed protective order. We will send over a draft joint stipulation for the protective order soon.
Very truly yours,
Asaf

**From:** Kate King <kate@burnsbarton.com>
**Sent:** Sunday, November 15, 2020 12:15 PM
**To:** Asaf Orr <AOrr@nclrights.org>
**Cc:** Logan Johnston <ltjohnston@live.com>; David T Barton <david@burnsbarton.com>; Ray, Brent <bray@kslaw.com>; Chinsky, Andrew <achinsky@kslaw.com>; Catherine McKee <mckee@healthlaw.org>; Abbi Coursolle <coursolle@healthlaw.org>; Chris Stoll <CStoll@nclrights.org>; Barr, Daniel (Perkins Coie) <DBarr@perkinscoie.com>; Howe, Janet M. (Perkins Coie) <JHowe@perkinscoie.com>
**Subject:** Re: D.H. v Snyder: Initial Disclosure deadline

Hello Asaf,
Attached please find Defendant's additions to the report (in track changes). Thank you.
Kate


Kathryn Hackett King
BurnsBarton PLC
2201 E. Camelback Road
Suite 360
Phoenix, AZ 85016
O 602.753.4510 IC 602.614.9819

# BurnsBarton

This email and its attachment(s) are confidential and may be privileged.
This email was sent for the sole use of its intended recipient(s). If you
received this email in error, please immediately notify the sender and delete
this email from your system without copying, disclosing, or using it.

On Nov 10, 2020, at 2:26 PM, Kate King <kate@burnsbarton.com> wrote:

On Nov 10, 2020, at 2:26 PM, Kate King <kate@burnsbarton.com> wrote:

Hi Asaf, Thank you. I wanted to let you know we are reviewing and working on Defendant's additions to the report.
Kate

Kathryn Hackett King
BurnsBarton PLC
2201 E. Camelback Road
Suite 360
Phoenix, AZ 85016
O 602.753.4510 IC 602.614.9819

<Untitled-24.png>

This email and its attachment(s) are confidential and may be privileged. This email was sent for the sole use of its intended recipient(s). If you received this email in error, please immediately notify the sender and delete this email from your system without copying, disclosing, or using it.

On Nov 7, 2020, at 10:25 PM, Asaf Orr <AOrr@nclrights.org> wrote:

Hi Kate,
Thank you for your response. Attached please find Plaintiffs' draft joint Rule 26(f) report. We look forward to seeing Defendant's additions to this report. Hopefully, we will be able to reach some additional agreements prior to submitting this report to the Court. Also, we hope to circulate a draft protective order for your review soon.
Very truly yours,
Asaf

**From:** Kate King <kate@burnsbarton.com>
**Sent:** Friday, October 30, 2020 4:19 PM
**To:** Asaf Orr <AOrr@nclrights.org>
**Cc:** Logan Johnston <ltjohnston@live.com>; David T Barton <david@burnsbarton.com>; Ray, Brent <bray@kslaw.com>; Chinsky, Andrew <achinsky@kslaw.com>; Catherine McKee <mckee@healthlaw.org>; Abbi Coursolle <coursolle@healthlaw.org>; Chris Stoll <CStoll@nclrights.org>; Barr, Daniel (Perkins Coie) <DBarr@perkinscoie.com>; Howe, Janet M. (Perkins Coie) <JHowe@perkinscoie.com>
**Subject:** Re: D.H. v Snyder: Initial Disclosure deadline

Hello Asaf, Thank you for your email. Consistent with our position we articulated on the phone call yesterday, we will agree the parties can begin serving written discovery requests on the issue of class

certification only at this time (so limited to Rule 23 issues).

Thank you, and have a nice weekend.
Kate

Kathryn Hackett King
BurnsBarton PLC
2201 E. Camelback Road
Suite 360
Phoenix, AZ 85016
O 602.753.4510 IC 602.614.9819

&lt;image001.png&gt;

This email and its attachment(s) are confidential and may be privileged. This email was sent for the sole use of its intended recipient(s). If you received this email in error, please immediately notify the sender and delete this email from your system without copying, disclosing, or using it.

> On Oct 30, 2020, at 10:57 AM, Asaf Orr &lt;AOrr@nclrights.org&gt; wrote:
>
> Hi Logan and Kate,
>
> Thank you again for meeting with us yesterday regarding potential dates to propose to the Court for a scheduling order. We are still preparing a response to your suggestion for bifurcating discovery, but wanted to follow up on initial disclosures. We will agree to exchange initial disclosures on November 23, 2020. In the meantime, does your client agree that parties can start serving discovery requests?
>
> I hope this e-mail finds you both well and look forward to hearing back from you.
>
> Very truly yours,
> Asaf
>
> **Asaf Orr, Esq.** | Senior Staff Attorney & Transgender Youth Project Director
> (Pronouns: He, him)
> **National Center for Lesbian Rights** | www.NCLRights.org
> 870 Market Street, Suite 370, San Francisco, CA 94102
> 415.365.1326 office | 415.392.8442 fax
> AOrr@NCLRights.org
>
> Facebook | Twitter | Instagram | YouTube
>
> **Feminist Founded. Advocates for All.**

Feminist Founded, Advocates for All

<2020.11.04. DRAFT Rule 26(f) Joint Case Management Report.docx>

   

2020.11.20.     2020.11.20.
DRAFT...E.docx  DRAFT...er.docx