UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| D.H., by and through his mother, Janice Hennessy-Waller, and John Doe, by his guardian and next friend, Susan Doe, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity,<br><br>Defendant. | No. CV-20-00335-TUC-SHR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF** |

This Court, having considered Plaintiffs' Motion for Leave to File Supplemental Brief in Support of Motion for Preliminary Injunction on Administrative Appeals and Exhaustion of Remedies, and finding good cause in support thereof, hereby grants the motion.

**IT IS ORDERED** that Plaintiffs' Motion for Leave to File Supplemental Brief in Support of Motion for Preliminary Injunction on Administrative Appeals and Exhaustion of Remedies is **GRANTED.**

The Clerk is directed to file Plaintiffs' Supplemental Brief in Support of Motion for Preliminary Injunction on Administrative Appeals and Exhaustion of Remedies, which is attached as Exhibit A to Plaintiffs' motion.