IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Janice Hennessy-Waller, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Jami Snyder,<br><br>　　　　Defendant. | No. CV-20-00335-TUC-SHR<br><br>**Order Re: Supplemental Brief on Exhaustion of Administrative Remedies** |

Pending before the Court is Plaintiffs D.H. and John Doe's "Motion for Leave to File Supplemental Brief in Support of Motion for Preliminary Injunction on Administrative Appeals and Exhaustion of Remedies" (Doc. 58).  Having considered the motion and good cause appearing,

**IT IS ORDERED** Plaintiffs' motion (Doc. 58) is **GRANTED** and their lodged Supplemental Brief in Support of Motion for Preliminary Injunction (Doc. 59) is accepted.

**IT IS FURTHER ORDERED** that Defendant Jami Snyder shall file her response to Plaintiff's Supplemental Brief on or before **Thursday, March 4, 2021**.  No reply will be permitted.

Dated this 18th day of February, 2021.

Honorable Scott H. Rash
United States District Judge