Logan T. Johnston, #009484
**JOHNSTON LAW OFFICES, P.L.C.**
14040 N. Cave Creek Rd., Suite 309
Phoenix, Arizona 85022
Telephone: (602) 435-0050
ltjohnston@live.com

David T. Barton  #016848
Kathryn Hackett King #024698
**BURNSBARTON PLC**
2201 East Camelback Road, Ste. 360
Phone: (602) 753-4500
david@burnsbarton.com
kate@burnsbarton.com

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| D.H., by and through his mother, Janice Hennessy-Waller; and John Doe, by and through his guardian and next friend, Susan Doe, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity,<br><br>Defendant. | Case No. 4:20-cv-00335-SHR<br><br>**NOTICE OF SERVICE OF DEFENDANT'S WRITTEN DISCOVERY REQUESTS**<br><br>(Assigned to the Honorable Scott H. Rash) |

Notice is hereby given that Defendant Jami Snyder, Director of the Arizona Health Care Cost Containment System ("Defendant"), by and through her undersigned counsel, served the following written discovery requests on Plaintiff D.H. and Plaintiff John Doe via electronic mail on March 1, 2021:

- Defendant's Second Set of Interrogatories to Plaintiff D.H. and Plaintiff John Doe

1

2

RESPECTFULLY SUBMITTED this 1st day of March, 2021.

3

**BURNSBARTON PLC**

4

5

By____/s/ Kathryn Hackett King____

6

David T. Barton
Kathryn Hackett King

7

8

**JOHNSTON LAW OFFICES, P.L.C.**

9

Logan T. Johnston
14040 N. Cave Creek Rd., Suite 309
Phoenix, Arizona 85022

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>**CERTIFICATE OF SERVICE**</u>

2

I hereby certify that on March 1, 2021, I electronically transmitted the foregoing

3

documents to the following CM/ECF registrants.

4

5
Brent P. Ray
Andrew J. Chinsky

6
KING & SPALDING LLP
353 N. Clark Street, 12th Floor
Chicago, Illinois 60654

7
T: +1 312 995 6333
F: +1 312 995 6330

8
Email:bray@kslaw.com
achinsky@kslaw.com

9

10
Daniel C. Barr
Janet M. Howe

11
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000

12
Phoenix, AZ 85012-2788
T: +1 602 351 8085

13
F: +1 602 648 7085
Email:dbarr@perkinscoie.com

14
jhowe@perkinscoie.com

15
Asaf Orr
NATIONAL CENTER FOR LESBIAN RIGHTS

16
870 Market Street, Suite 370
San Francisco, CA 94102

17
T: +1 415 392 6257
F: +1 415 392 8442

18
Email:aorr@nclrights.org

19
Abigail K. Coursolle
Catherine McKee

20
NATIONAL HEALTH LAW PROGRAM
3701 Wilshire Boulevard, Suite 750

21
Los Angeles, CA 90010
T: +1 310 204 6010

22
Email:coursolle@healthlaw.org
mckee@healthlaw.org

23

24
*Attorneys for Plaintiffs and the Class*

25
*s/ Betsy Hibbs*

26

27

28