Logan T. Johnston, #009484
**JOHNSTON LAW OFFICES, P.L.C.**
14040 N. Cave Creek Rd., Suite 309
Phoenix, Arizona 85022
Telephone: (602) 435-0050
ltjohnston@live.com

David T. Barton  #016848
Kathryn Hackett King #024698
**BURNSBARTON PLC**
2201 East Camelback Road, Ste. 360
Phone: (602) 753-4500
david@burnsbarton.com
kate@burnsbarton.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| D.H., by and through his mother, Janice Hennessy-Waller; and John Doe, by and through his guardian and next friend, Susan Doe, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity,<br><br>Defendant. | Case No. 4:20-cv-00335-SHR<br><br>**NOTICE OF SERVICE OF DEFENDANT'S FIRST SUPPLEMENTAL DISCLOSURE STATEMENT**<br><br>(Assigned to the Honorable Scott H. Rash) |

Notice is hereby given that Defendant Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity ("Defendant") by and through her undersigned counsel, served Defendant's First Supplemental Disclosure Statement via electronic mail on March 29, 2021.

RESPECTFULLY SUBMITTED this 29th day of March, 2021.

**BURNSBARTON PLC**


By  */s/ Kathryn Hackett King*

David T. Barton
Kathryn Hackett King

**JOHNSTON LAW OFFICES, P.L.C.**
Logan T. Johnston
14040 N. Cave Creek Rd., Suite 309
Phoenix, Arizona 85022

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2021, I electronically transmitted the foregoing document to the following CM/ECF registrants.

Brent P. Ray
Andrew J. Chinsky
KING & SPALDING LLP
353 N. Clark Street, 12th Floor
Chicago, Illinois 60654
T: +1 312 995 6333
F: +1 312 995 6330
Email: bray@kslaw.com
achinsky@kslaw.com

Daniel C. Barr
Janet M. Howe
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
T: +1 602 351 8085
F: +1 602 648 7085
Email: dbarr@perkinscoie.com
jhowe@perkinscoie.com

Asaf Orr
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
T: +1 415 392 6257
F: +1 415 392 8442
Email: aorr@nclrights.org

Abigail K. Coursolle
Catherine McKee
NATIONAL HEALTH LAW PROGRAM
3701 Wilshire Boulevard, Suite 750
Los Angeles, CA 90010
T: +1 310 204 6010
Email: coursolle@healthlaw.org
mckee@healthlaw.org

*Attorneys for Plaintiffs and the Class*

*s/ Betsy Hibbs*