# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> D.H.
> John Doe, by his guardian and next friend, Susan Doe

Name(s) of counsel (if any):

> Asaf Orr, Shannon Minter, Christopher Stoll

Address: 870 Market Street, Suite 370, San Francisco, CA 94102

Telephone number(s): (415) 392-6257; (415) 365-1326

Email(s): aorr@nclrights.org; sminter@nclrights.org; cstoll@nclrights.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity

Name(s) of counsel (if any):

> Logan Johnston

Address: 14040 N. Cave Creek Road, Suite 309, Phoenix, AZ 85022

Telephone number(s): (602) 435-0050

Email(s): ltjohnston@live.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
D.H.
John Doe, by his guardian and next friend, Susan Doe

Name(s) of counsel (if any):
Brent Ray

Address: 110 North Wacker Drive, Suite 3800, Chicago, IL 60606
Telephone number(s): (312) 995-6333
Email(s): bray@kslaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellees**

Name(s) of party/parties:
Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity

Name(s) of counsel (if any):
David Barton, Kathryn Hackett King

Address: 2201 East Camelback Road, Suite 360, Phoenix, AZ 85016
Telephone number(s): (602) 753-4500
Email(s): david@burnsbarton.com; kate@burnsbarton.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

> D.H.
> John Doe, by his guardian and next friend, Susan Doe

Name(s) of counsel (if any):

> Daniel Barr, Janet M. Howe

Address: 2901 N. Central Avenue, Suite 2000, Phoenix, AZ 85012

Telephone number(s): (602) 351-8085

Email(s): dbarr@perkinscoie.com; jhowe@perkinscoie.com

Is counsel registered for Electronic Filing in the 9th Circuit? ● Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                2                                *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
D.H.
John Doe, by his guardian and next friend, Susan Doe

Name(s) of counsel (if any):
Abigail Coursolle

Address: 3701 Wilshire Boulevard, Suite 750, Los Angeles, CA 90010

Telephone number(s): (310) 204-6010

Email(s): coursolle@healthlaw.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                              2                              *New 12/01/2018*