Daniel C. Barr (#010149)
Janet M. Howe (#034615)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
Email:     DBarr@perkinscoie.com
              JHowe@perkinscoie.com
              DocketPHX@perkinscoie.com

Brent P. Ray (*admitted pro hac vice*)
Andrew J. Chinsky (*admitted pro hac vice*)
**KING & SPALDING LLP**
110 N. Wacker Drive, Suite 3800
Chicago, Illinois 60606
T: +1 312 995 6333
F: +1 312 995 6330
Email:     bray@kslaw.com
              achinsky@kslaw.com

*Attorneys for Plaintiffs and the Class*
(Additional Counsel on Signature Page)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| D.H., by and through his mother, Janice Hennessy-Waller, and John Doe, by his guardian and next friend, Susan Doe, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>   v.<br><br>Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity,<br><br>          Defendant. | No. CV-20-00335-TUC-SHR<br><br>**JOINT REQUEST FOR STATUS CONFERENCE** |

     Plaintiffs D.H., by and through his mother Janice Hennessy-Waller, and John Doe, by his guardian and next friend, Susan Doe, and Defendant Jami Snyder (collectively "the Parties") submit this Joint Request for Status Conference regarding the Parties' Rule 26(F) Joint Case Management Report and Proposed Scheduling Order (Dkt. 33) filed December 2,

149194655.1

2020. The Parties respectfully request that the Court set a status conference as soon as possible to review this matter.

Dated:  April 19, 2021                    **PERKINS COIE LLP**

By: */s/ Janet M. Howe*
    Daniel C. Barr (#010149)
    Janet M. Howe (#034615)
    2901 North Central Avenue, Suite 2000
    Phoenix, Arizona  85012-2788
    DBarr@perkinscoie.com
    JHowe@perkinscoie.com

Brent P. Ray (*admitted pro hac vice*)
Andrew J. Chinsky (*admitted pro hac vice*)
**KING & SPALDING LLP**
110 N. Wacker Drive, Suite 3800
Chicago, Illinois 60606
T: +1 312 995 6333
F: +1 312 995 6330
Email:     bray@kslaw.com
           achinsky@kslaw.com

Asaf Orr (*admitted pro hac vice)*
**NATIONAL CENTER FOR LESBIAN RIGHTS**
870 Market Street, Suite 370
San Francisco, CA 94102
T: +1 415 392 6257
F: +1 415 392 8442
Email:     aorr@nclrights.org

Abigail K. Coursolle (*admitted pro hac vice*)
Catherine McKee (*admitted pro hac vice)*
**NATIONAL HEALTH LAW PROGRAM**
3701 Wilshire Boulevard, Suite 750
Los Angeles, CA 90010
T: +1 310 204 6010
Email:     coursolle@healthlaw.org
           mckee@healthlaw.org

*Attorneys for Plaintiffs and the Class*

149194655.1

**JOHNSTON LAW OFFICES, P.L.C.**

By: */s/ Logan T. Johnston (with permission)*
    Logan T. Johnston (#009484)
    14040 N. Cave Creek Rd., Suite 309
    Phoenix, AZ 85022
    Email:  ltjohnston@live.com

**BURNSBARTON PLC**

By: */s/ David T. Barton (with permission)*
    David T. Barton (#016848)
    Kathryn Hackett King (#024698)
    2201 East Camelback Road, Suite 360
    Phoenix, Arizona 85016
    david@burnsbarton.com
    kate@burnsbarton.com

*Attorneys for Defendant*

149194655.1

# CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2021, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Logan T. Johnston
JOHNSTON LAW OFFICES, P.L.C.
14040 N. Cave Creek Rd., Suite 309
Phoenix, Arizona 85022
ltjohnston@live.com

David Barton
Kathryn Hackett King
BURNSBARTON PLC
2201 E. Camelback Road, Suite 360
Phoenix, AZ 85016
david@burnsbarton.com
kate@burnsbarton.com

*Attorneys for Defendant*


s/ Marie van Olffen

138410-0001/152168908.1

149194655.1