# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Janice Hennessy-Waller, et al., | No. CV-20-00335-TUC-SHR |
| Plaintiffs, | **Order Setting Status Conference** |
| v. | |
| Jami Snyder, | |
| Defendant. | |

Having considered the parties' Joint Request for Status Conference (Doc. 70) regarding the Parties' Rule 26(f) Joint Case Management Report (Doc. 33), and good cause appearing,

**IT IS ORDERED** a thirty-minute status conference is set for **Tuesday, May 4, 2021 at 10:30 A.M.** before the Honorable Scott H. Rash. before the Honorable Scott H. Rash. The parties shall appear telephonically and shall call 888-363-4735 at the EXACT time of the hearing.  The access code is 2872694.

Dated this 27th day of April, 2021.

Honorable Scott H. Rash
United States District Judge