1

2

3

4

5

6 **IN THE UNITED STATES DISTRICT COURT**

7 **FOR THE DISTRICT OF ARIZONA**

8

9    Janice Hennessy-Waller, et al.,                    No. CV-20-00335-TUC-SHR

10              Plaintiffs,                              **Order Re: Discovery and Setting Status Conference**

11    v.

12    Jami Snyder,

13              Defendant.

14

15

16          The Court held a status conference on May 4, 2021 to address discovery issues.

17 Having considered the parties' written pleadings and arguments presented at the status

18 conference, the Court will deny Defendant Jami Snyder's request to bifurcate discovery by

19 conducting discovery in two phases.  (Doc. 33; Doc. 45).  The Court instead directs the

20 parties to conduct discovery on both class certification and the merits of Plaintiffs' claims

21 concurrently.  The Court also directs the parties to focus first on discovery related to class

22 certification.

23          The Court sets a telephonic status conference for **Monday, August 9, 2021 at 11:00**

24 **A.M.** to discuss the progress of discovery with respect to class certification, and the parties

25 shall file a joint status report **on or before Monday, August 2, 2021**, indicating the status

26 of discovery and whether Defendant has obtained the discovery necessary to respond to

27 Plaintiffs' Motion for Class Certification (Doc. 40); or if discovery is not completed, the

28 parties shall specifically identify what discovery remains for Defendant to respond to the

1  Motion for Class Certification and what discovery remains on the merits of Plaintiffs'
2  claims.  At the status conference, the Court will set a deadline for Defendant's response to
3  Plaintiffs' Motion for Class Certification, and thereafter, the Court will issue a
4  comprehensive scheduling order.

5  Accordingly,

6  **IT IS ORDERED** Defendant's Motion for Time to Conduct Class Discovery and
7  Respond to Plaintiffs' Motion for Class Certification (Doc. 45) is **GRANTED in-part**, to
8  the extent this Order requires the parties to focus first on discovery related to class
9  certification and therefore provides Defendant with additional time to respond to Plaintiffs'
10  Motion for Class Certification, and is **DENIED** in all other respects.

11  **IT IS FURTHER ORDERED** a thirty-minute telephonic status conference is set
12  for **Monday, August 9, 2021 at 11:00 A.M.** before the Honorable Scott H. Rash.  The
13  parties shall appear telephonically and shall call 888-363-4735 at the EXACT time of the
14  hearing.  The access code is 2872694.

15  **IT IS FURTHER ORDERED** the parties shall file a joint status report **on or
16  before Monday, August 2, 2021**.

17  Dated this 4th day of May, 2021.

Honorable Scott H. Rash
United States District Judge

- 2 -