1   Daniel C. Barr (#010149)
    Janet M. Howe (#034615)
2   **PERKINS COIE LLP**
    2901 North Central Avenue, Suite 2000
3   Phoenix, Arizona 85012-2788
    Telephone: 602.351.8000
4   Facsimile: 602.648.7000
    DBarr@perkinscoie.com
5   JHowe@perkinscoie.com
    DocketPHX@perkinscoie.com
6
    Brent P. Ray (*admitted pro hac vice*)
7   Andrew J. Chinsky (*admitted pro hac vice*)
    **KING & SPALDING LLP**
8   110 North Wacker Drive, Suite 3800
    Chicago, Illinois 60606
9   Telephone: 312 995 6333
    Facsimile: 312 995 6330
10  bray@kslaw.com
    achinsky@kslaw.com
11
    *Attorneys for Plaintiffs and the Class*
12  (Additional Counsel on Signature Page)

13                   UNITED STATES DISTRICT COURT

14                       DISTRICT OF ARIZONA

15  D.H., by and through his mother, Janice
    Hennessy-Waller, and John Doe, by his
16  guardian and next friend, Susan Doe, on          No. CV-20-00335-TUC-SHR
    behalf of themselves and all others
17  similarly situated,
                                                      **NOTICE OF SERVICE OF**
18                     Plaintiffs,                    **SUPPLEMENTAL DISCLOSURE**
                                                      **STATEMENT**
19          v.

20  Jami Snyder, Director of the Arizona
    Health Care Cost Containment System, in
21  her official capacity,

22                     Defendant.

23

24          PLEASE TAKE NOTICE that on May 24, 2021, Plaintiffs D.H., a minor, by his

25  mother and next friend JANICE HENNESSY-WALLER and JOHN DOE, by his

26

1   guardian and next friend, SUSAN DOE served its Supplemental Disclosure Statement on

2   counsel for Defendant.

3

4   Dated:  May 24, 2021                    **PERKINS COIE LLP**

5

        By: */s/Daniel C. Barr*
6           Daniel C. Barr (#010149)
            Janet M. Howe (#034615)
7           2901 North Central Avenue, Suite 2000
            Phoenix, Arizona 85012-2788
8           DBarr@perkinscoie.com
            JHowe@perkinscoie.com
9
        Brent P. Ray (*admitted pro hac vice*)
10      Andrew J. Chinsky (*admitted pro hac vice*)
        **KING & SPALDING LLP**
11      110 N. Wacker Drive, Suite 3800
        Chicago, Illinois 60606
12      Telephone:  312 995 6333
        Facsimile:  312 995 6330
13      bray@kslaw.com
        achinsky@kslaw.com
14
        Asaf Orr (*admitted pro hac vice*)
15      **NATIONAL CENTER FOR LESBIAN
        RIGHTS**
16      870 Market Street, Suite 370
        San Francisco, CA 94102
17      Telephone:  415 392 6257
        Facsimile:  415 392 8442
18      aorr@nclrights.org

19      Abigail K. Coursolle (*admitted pro hac vice*)
        Catherine McKee (*admitted pro hac vice*)
20      **NATIONAL HEALTH LAW PROGRAM**
        3701 Wilshire Boulevard, Suite 750
21      Los Angeles, CA 90010
        Telephone:  310 204 6010
22      coursolle@healthlaw.org
        mckee@healthlaw.org
23
        *Attorneys for Plaintiffs and the Class*
24

25

26

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on May 24, 2021, I electronically transmitted the attached

3 documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4 Notice of Electronic Filing to the following CM/ECF registrants:

5 Logan T. Johnston
JOHNSTON LAW OFFICES, P.L.C.
6 14040 N. Cave Creek Rd., Suite 309
Phoenix, Arizona 85022
7 ltjohnston@live.com

8 David Barton
Kathryn Hackett King
9 BURNSBARTON PLC
2201 E. Camelback Road, Suite 360
10 Phoenix, AZ 85016
david@burnsbarton.com
11 kate@burnsbarton.com

12 *Attorneys for Defendant*

13

*s/ Marie C. van Olffen*
14 _____

15

16

17

18

19

20

21

22

23

24

25

26

-3-

138410.0001\152596853.1