Daniel C. Barr (#010149)
Janet M. Howe (#034615)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
DBarr@perkinscoie.com
JHowe@perkinscoie.com
DocketPHX@perkinscoie.com

Brent P. Ray (*admitted pro hac vice*)
Andrew J. Chinsky (*admitted pro hac vice*)
**KING & SPALDING LLP**
110 North Wacker Drive, Suite 3800
Chicago, Illinois 60606
Telephone: 312 995 6333
Facsimile: 312 995 6330
bray@kslaw.com
achinsky@kslaw.com

*Attorneys for Plaintiffs and the Class*
(Additional Counsel on Signature Page)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| D.H., by and through his mother, Janice Hennessy-Waller, and John Doe, by his guardian and next friend, Susan Doe, on behalf of themselves and all others similarly situated, | No. CV-20-00335-TUC-SHR |
| Plaintiffs, | **NOTICE OF SERVICE OF DISCOVERY** |
| v. | |
| Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity, | |
| Defendant. | |

Notice is hereby given that Plaintiffs served the following Notices of Deposition on counsel of record by email on May 24, 2021:

| | | |
|---|---|---|
| 1 | Plaintiffs' Notice of Deposition of Jakenna Lebsock | |
| 2 | Plaintiffs' Notice of Deposition of Dr. Eric Tack | |
| 3 | Plaintiffs' Notice of Deposition of Dr. Sara Salek | |
| 4 | Plaintiffs' Notice of Deposition of Jami Snyder | |

Dated: June 8, 2021         **PERKINS COIE LLP**

By: */s/ Janet M. Howe*
  Daniel C. Barr (#010149)
  Janet M. Howe (#034615)
  2901 North Central Avenue, Suite 2000
  Phoenix, Arizona 85012-2788
  DBarr@perkinscoie.com
  JHowe@perkinscoie.com

Brent P. Ray (*admitted pro hac vice*)
Andrew J. Chinsky (*admitted pro hac vice*)
**KING & SPALDING LLP**
110 N. Wacker Drive, Suite 3800
Chicago, Illinois 60606
Telephone: 312 995 6333
Facsimile: 312 995 6330
bray@kslaw.com
achinsky@kslaw.com

Asaf Orr (*admitted pro hac vice)*
**NATIONAL CENTER FOR LESBIAN RIGHTS**
870 Market Street, Suite 370
San Francisco, CA 94102
Telephone: 415 392 6257
Facsimile: 415 392 8442
aorr@nclrights.org

Abigail K. Coursolle (*admitted pro hac vice*)
Catherine McKee (*admitted pro hac vice*)
**NATIONAL HEALTH LAW PROGRAM**
3701 Wilshire Boulevard, Suite 750
Los Angeles, CA 90010
Telephone: 310 204 6010
coursolle@healthlaw.org
mckee@healthlaw.org

*Attorneys for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2021, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Logan T. Johnston
JOHNSTON LAW OFFICES, P.L.C.
14040 N. Cave Creek Rd., Suite 309
Phoenix, Arizona 85022
ltjohnston@live.com

David Barton
Kathryn Hackett King
BURNSBARTON PLC
2201 E. Camelback Road, Suite 360
Phoenix, AZ 85016
david@burnsbarton.com
kate@burnsbarton.com

*Attorneys for Defendant*

*s/ Marie C. van Olffen*

-3-

138410.0001\152743712.1