Daniel C. Barr (#010149)
Janet M. Howe (#034615)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
DBarr@perkinscoie.com
JHowe@perkinscoie.com
DocketPHX@perkinscoie.com

Brent P. Ray (*admitted pro hac vice*)
Andrew J. Chinsky (*admitted pro hac vice*)
**KING & SPALDING LLP**
110 North Wacker Drive, Suite 3800
Chicago, Illinois 60606
Telephone: 312 995 6333
Facsimile: 312 995 6330
bray@kslaw.com
achinsky@kslaw.com

*Attorneys for Plaintiffs and the Class*
(Additional Counsel on Signature Page)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| D.H., by and through his mother, Janice Hennessy-Waller, and John Doe, by his guardian and next friend, Susan Doe, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity,<br><br>Defendant. | No. CV-20-00335-TUC-SHR<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

PLEASE TAKE NOTICE that on June 10, 2021, Plaintiffs D.H., a minor, by his mother and next friend JANICE HENNESSY-WALLER and JOHN DOE, by his

guardian and next friend, SUSAN DOE served via email the following discovery responses on counsel for Defendant:

    Plaintiffs' Supplemental Responses to Defendant's First Set of Interrogatories

Dated:  June 10, 2021　　　　　　　　**PERKINS COIE LLP**

By: */s/ Janet M. Howe*
    Daniel C. Barr (#010149)
    Janet M. Howe (#034615)
    2901 North Central Avenue, Suite 2000
    Phoenix, Arizona 85012-2788
    DBarr@perkinscoie.com
    JHowe@perkinscoie.com

Brent P. Ray (*admitted pro hac vice*)
Andrew J. Chinsky (*admitted pro hac vice*)
**KING & SPALDING LLP**
110 N. Wacker Drive, Suite 3800
Chicago, Illinois 60606
Telephone:  312 995 6333
Facsimile:  312 995 6330
bray@kslaw.com
achinsky@kslaw.com

Asaf Orr (*admitted pro hac vice*)
**NATIONAL CENTER FOR LESBIAN RIGHTS**
870 Market Street, Suite 370
San Francisco, CA 94102
Telephone:  415 392 6257
Facsimile:  415 392 8442
aorr@nclrights.org

Abigail K. Coursolle (*admitted pro hac vice*)
Catherine McKee (*admitted pro hac vice)*
**NATIONAL HEALTH LAW PROGRAM**
3701 Wilshire Boulevard, Suite 750
Los Angeles, CA 90010
Telephone:  310 204 6010
coursolle@healthlaw.org
mckee@healthlaw.org

*Attorneys for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2021, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Logan T. Johnston
JOHNSTON LAW OFFICES, P.L.C.
14040 N. Cave Creek Rd., Suite 309
Phoenix, Arizona 85022
ltjohnston@live.com

David Barton
Kathryn Hackett King
BURNSBARTON PLC
2201 E. Camelback Road, Suite 360
Phoenix, AZ 85016
david@burnsbarton.com
kate@burnsbarton.com

*Attorneys for Defendant*

*s/ Marie C. van Olffen*

138410.0001\152762073.1