Daniel C. Barr (#010149)
Janet M. Howe (#034615)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
DBarr@perkinscoie.com
JHowe@perkinscoie.com
DocketPHX@perkinscoie.com

Brent P. Ray (*admitted pro hac vice*)
Andrew J. Chinsky (*admitted pro hac vice*)
**KING & SPALDING LLP**
110 North Wacker Drive, Suite 3800
Chicago, Illinois 60606
Telephone: 312 995 6333
Facsimile: 312 995 6330
bray@kslaw.com
achinsky@kslaw.com

*Attorneys for Plaintiffs and the Class*
(Additional Counsel on Signature Page)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| D.H., by and through his mother, Janice Hennessy-Waller, and John Doe, by his guardian and next friend, Susan Doe, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity,<br><br>Defendant. | No. CV-20-00335-TUC-SHR<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

PLEASE TAKE NOTICE that on June 11, 2021, Plaintiffs D.H., a minor, by his mother and next friend JANICE HENNESSY-WALLER and JOHN DOE, by his

1  guardian and next friend, SUSAN DOE served via email the following discovery on
2  counsel for Defendant:
3       Plaintiffs' Requests for Production of Documents, Set Two

4  Dated:  June 11, 2021               **PERKINS COIE LLP**

6                                       By: */s/ Janet M. Howe*
                                            Daniel C. Barr (#010149)
                                            Janet M. Howe (#034615)
                                            2901 North Central Avenue, Suite 2000
                                            Phoenix, Arizona 85012-2788
                                            DBarr@perkinscoie.com
                                            JHowe@perkinscoie.com

                                        Brent P. Ray (*admitted pro hac vice*)
                                        Andrew J. Chinsky (*admitted pro hac vice*)
                                        **KING & SPALDING LLP**
                                        110 N. Wacker Drive, Suite 3800
                                        Chicago, Illinois 60606
                                        Telephone:  312 995 6333
                                        Facsimile:  312 995 6330
                                        bray@kslaw.com
                                        achinsky@kslaw.com

                                        Asaf Orr (*admitted pro hac vice*)
                                        **NATIONAL CENTER FOR LESBIAN RIGHTS**
                                        870 Market Street, Suite 370
                                        San Francisco, CA 94102
                                        Telephone:  415 392 6257
                                        Facsimile:  415 392 8442
                                        aorr@nclrights.org

                                        Abigail K. Coursolle (*admitted pro hac vice*)
                                        Catherine McKee (*admitted pro hac vice)*
                                        **NATIONAL HEALTH LAW PROGRAM**
                                        3701 Wilshire Boulevard, Suite 750
                                        Los Angeles, CA 90010
                                        Telephone:  310 204 6010
                                        coursolle@healthlaw.org
                                        mckee@healthlaw.org

                                        *Attorneys for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2021, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Logan T. Johnston
JOHNSTON LAW OFFICES, P.L.C.
14040 N. Cave Creek Rd., Suite 309
Phoenix, Arizona 85022
ltjohnston@live.com

David Barton
Kathryn Hackett King
BURNSBARTON PLC
2201 E. Camelback Road, Suite 360
Phoenix, AZ 85016
david@burnsbarton.com
kate@burnsbarton.com

*Attorneys for Defendant*

*s/ Marie C. van Olffen*

-3-

138410.0001\152779794.1