1  Logan T. Johnston, #009484
   **JOHNSTON LAW OFFICES, P.L.C.**
2  14040 N. Cave Creek Rd., Suite 309
   Phoenix, Arizona 85022
3  Telephone: (602) 435-0050
   ltjohnston@live.com
4
   David T. Barton  #016848
5  Kathryn Hackett King #024698
   **BURNSBARTON PLC**
6  2201 East Camelback Road, Ste. 360
   Phone: (602) 753-4500
7  david@burnsbarton.com
   kate@burnsbarton.com
8
   *Attorneys for Defendant*
9

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| D.H., by and through his mother, Janice Hennessy-Waller; and John Doe, by and through his guardian and next friend, Susan Doe, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity,<br><br>Defendant. | Case No. 4:20-cv-00335-SHR<br><br>**NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF JOHN DOE**<br><br>(Assigned to the Honorable Scott H. Rash) |

**YOU ARE HEREBY NOTIFIED** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, the deposition of the person named below will be taken upon oral examination at the time and place stated below before an officer authorized by law to administer oaths, and will be recorded by videotape and stenographic methods.

**PERSON TO BE EXAMINED:**      **Plaintiff John Doe**
                                c/o Asaf Orr
                                NATIONAL CENTER FOR LESBIAN
                                RIGHTS

870 Market Street, Suite 370
San Francisco, CA 94102

**DATE AND TIME OF DEPOSITION:**   August 24, 2021 at 9:30 a.m.

**PLACE OF DEPOSITION:**   PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788

RESPECTFULLY SUBMITTED this 22nd day of June, 2021.

**BURNSBARTON PLC**

By   */s/ Kathryn Hackett King*

David T. Barton
Kathryn Hackett King

**JOHNSTON LAW OFFICES, P.L.C.**
Logan T. Johnston
14040 N. Cave Creek Rd., Suite 309
Phoenix, Arizona 85022

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2021, I electronically transmitted the foregoing documents to the following CM/ECF registrants.

Brent P. Ray
Andrew J. Chinsky
KING & SPALDING LLP
353 N. Clark Street, 12th Floor
Chicago, Illinois 60654
T: +1 312 995 6333
F: +1 312 995 6330
Email:bray@kslaw.com
achinsky@kslaw.com

Daniel C. Barr
Janet M. Howe
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
T: +1 602 351 8085
F: +1 602 648 7085
Email:dbarr@perkinscoie.com
jhowe@perkinscoie.com

Asaf Orr
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
T: +1 415 392 6257
F: +1 415 392 8442
Email:aorr@nclrights.org

Abigail K. Coursolle
Catherine McKee
NATIONAL HEALTH LAW PROGRAM
3701 Wilshire Boulevard, Suite 750
Los Angeles, CA 90010
T: +1 310 204 6010
Email:coursolle@healthlaw.org
mckee@healthlaw.org

*Attorneys for Plaintiffs and the Class*

*s/ Carolyn Galbreath*