IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| D.H., by and through his mother, Janice Hennessy-Waller; and John Doe, by and through his guardian and next friend, Susan Doe, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>   vs.<br><br>Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity,<br><br>            Defendant. | Case No. 4:20-cv-00335-SHR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO QUASH TWO SUBPOENAS** |

      This matter is before the Court on Defendant Jami Snyder, Director of the Arizona Health Care Cost Containment System's Motion to Quash Two Subpoenas, and good cause appearing therefore,

      IT IS HEREBY ORDERED granting the Motion to Quash Two Subpoenas. Plaintiffs' subpoenas to Dr. Stephen Levine and Dr. Michael Laidlaw are hereby quashed.