UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| D.H., by and through his mother, Janice Hennessy-Waller, and John Doe, by his guardian and next friend, Susan Doe, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>    v.<br><br>Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity,<br><br>               Defendant. | No. CV-20-00335-TUC-SHR<br><br>**PROPOSED ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION** |

     The Court having considered Plaintiffs' Unopposed Motion for Extension of Time to File Response to Defendant's Motion to Quash Two Subpoenas (Dkt. 90) and having found good cause in support thereof;

     IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.  Plaintiffs may have until July 16, 2021 to file their response to the pending motion.