IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Janice Hennessy-Waller, et al., <br><br>   Plaintiffs, <br><br> v. <br><br> Jami Snyder, <br><br>   Defendant. | No. CV-20-00335-TUC-SHR <br><br> **Order Granting Unopposed Motion for Extension to Respond to Defendant's Motion to Quash Two Subpoenas** |

    Having reviewed Plaintiffs' Unopposed Motion for Extension of Time to File Response (Doc. 91) to Defendant's Motion to Quash Two Subpoenas (Doc. 90), and good cause appearing,

    **IT IS ORDERED** Plaintiff's Unopposed Motion for Extension of Time to File Response (Doc. 91) is **GRANTED** and Plaintiffs have until **Friday, July 16, 2021** to file their response to Defendant's Motion (Doc. 90).

    Dated this 1st day of July, 2021.

*Scott Rash*
Honorable Scott H. Rash
United States District Judge