FILED

JUN 13 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN DOE, by his guardian and next friend, Susan Doe, on behalf of themselves and all others similarly situated,<br><br>        Plaintiff-Appellant,<br><br>v.<br><br>JAMI SNYDER, Director of the Arizona Health Care Cost Containment System, in her official capacity,<br><br>        Defendant-Appellee. | No.   21-15668<br><br>D.C. No. 4:20-cv-00335-SHR<br>District of Arizona,<br>Tucson<br><br>ORDER |

Before: CLIFTON, CALLAHAN, and BRESS, Circuit Judges.

Plaintiff-appellant's unopposed motion to transfer consideration of attorneys' fees on appeal to the district court is granted.