Brent P. Ray (*pro hac vice*)
KING & SPALDING LLP
110 N. Wacker Street, Suite 3800
Chicago, Illinois 60606
T: +1 312 995 6333
F: +1 312 995 6330
Email: bray@kslaw.com

Andrew J. Chinsky (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, Georgia 30309
T: +1 404 572 4600
F: +1 404 572 5100
Email: achinsky@kslaw.com

Daniel C. Barr (Bar No. 010149)
Janet M. Howe (Bar No. 034615)
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
T: +1 602 351 8085
F: +1 602 648 7085
Email: dbarr@perkinscoie.com
       jhowe@perkinscoie.com

*Counsel for Plaintiffs*
(Additional Counsel on Signature Page)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| D.H., by and through his mother, Janice Hennessy-Waller, and John Doe, by his guardian and next friend, Susan Doe, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity,<br><br>Defendant. | No. 4:20-cv-00335-TUC-SHR<br><br>**STIPULATED VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff John Doe and Defendant hereby stipulate and agree to the dismissal of all claims, with prejudice, asserted by Plaintiff John Doe, with each party to bear his, her, or its own costs, interests, and/or attorneys' fees.

DATED: JULY 25, 2022

Respectfully submitted,

**PERKINS COIE LLP**

/s/ Janet M. Howe
Daniel C. Barr (Bar No. 010149)
Janet M. Howe (Bar No. 034615)
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Email: dbarr@perkinscoie.com
         jhowe@perkinscoie.com

Brent P. Ray, admitted *pro hac vice*
KING & SPALDING LLP
110 N. Wacker Street, Suite 3800
Chicago, Illinois 60606
Email: bray@kslaw.com

Andrew J. Chinsky, admitted *pro hac vice*
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, Georgia 30309
Email: achinsky@kslaw.com

Asaf Orr, admitted *pro hac vice*
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
Email: aorr@nclrights.org

Abigail K. Coursolle, admitted *pro hac vice*
Catherine McKee, admitted *pro hac vice*
NATIONAL HEALTH LAW PROGRAM
3701 Wilshire Boulevard, Suite 750
Los Angeles, CA 90010
Email: coursolle@healthlaw.org
         mckee@healthlaw.org

*Attorneys for Plaintiff*

**BURNSBARTON PLC**

/s/ *David T. Barton   (with permission)*
David T. Barton
C. Christine Burns
Michael B. Guilliam
2201 E. Camelback Road, Suite 360
Phoenix, AZ 85016

Logan T. Johnston
JOHNSTON LAW OFFICES, P.L.C.
14040 N. Cave Creek Rd., Suite 309
Phoenix, Arizona 85022

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2022, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Logan T. Johnston
**JOHNSTON LAW OFFICES, P.L.C.**
14040 N. Cave Creek Rd., Suite 309
Phoenix, Arizona 85022
ltjohnston@live.com

David Barton
**BURNSBARTON PLC**
2201 E. Camelback Road, Suite 360
Phoenix, AZ 85016
david@burnsbarton.com

*Attorneys for Defendant*

/s/ Shawne Murphy