# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe, by his guardian and next friend, Susan Doe,<br><br>    Plaintiff,<br><br>v.<br><br>Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity,<br><br>    Defendant. | No. CV-20-00335-TUC-SHR<br><br>**Order Dismissing and Closing Case Per Parties' Stipulation** |

The parties have filed a "Stipulated Voluntary Dismissal," in which they stipulate and agree to the dismissal of all claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own costs and attorney's fees. (Doc. 162.)

Accordingly,

**IT IS ORDERED**:

(1) Plaintiff's Complaint (Doc. 1) is **DISMISSED with prejudice**.

(2) Plaintiff's pending Motion to Compel (Doc. 133) is **DENIED** as moot.

. . . .

. . . .

. . . .

. . . .

(3) The Clerk of Court shall **close this action**.

(4) Each party shall bear its own costs and attorney's fees.

Dated this 29th day of July, 2022.

Honorable Scott H. Rash
United States District Judge